Hearing Date: P qxgo dgt"3: ."4232
Hearing Time: 32<52"c\o 0
Location: 219 S. Dearborn St., Courtroom"8: 4
 Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                    §""""""""Ej crvgt"9
                                          §
KARNES MUSIC COMPANY                      §       Case No. 08-31442
                                          §
            Debtor                     """§""""""""J qp0Lcen0D0Uej o gwgtgt

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter    of the United States Bankruptcy Code on
   .  The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

        Funds were disbursed in the following amounts:

        Administrative expenses
        Payments to creditors
        Non-estate funds paid to 3rd Parties
        Payments to the debtor

        Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing claims in this case was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $          .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $          , for a total compensation of $        .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $          , and now requests reimbursement for expenses of $        , for total expenses of $        .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/Joseph A. Baldi, Trustee _____
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit A

| Case No: | 08-31442   JBS   Judge: Jack B. Schmetterer | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | KARNES MUSIC COMPANY | | Date Filed (f) or Converted (c): | 11/18/08 (f) |
| | | | 341(a) Meeting Date: | 12/30/08 |
| For Period Ending: 09/13/10 | | | Claims Bar Date: | 04/08/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 10.47 | Unknown |
| 2. Security Deposits-Utilities, etc. (u) | 0.00 | 189.13 | | 189.13 | FA |
| ComEd Security Deposit | | | | | |
| 3. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 4. CASH | 7,866.97 | 0.00 | | 0.00 | FA |
| The cash on hand was deposited into the Estate's money market account on November 26, 2008 and is comprised of Deposits #1-#6.  The deposits are recorded on this Form 1 as Asset 1 ($5,700), Asset 24 ($78), Asset 28 ($99.22) and Asset 29 ($1,989.75). | | | | | |
| 5. Checking, Savings Accounts--Itasca Bank & Trust | 0.00 | 0.00 | | 0.00 | FA |
| 6. Checking, Savings Accounts-BofA fka LaSalle | 0.00 | 0.00 | | 5,700.00 | FA |
| 7. Security Deposits--Fuhler Property Mgmt | 2,916.67 | 0.00 | | 0.00 | FA |
| subject to set off | | | | | |
| 8. Security Deposits--Galileo Arlington Hgts LLC | 13,161.31 | 0.00 | | 0.00 | FA |
| subject to set off | | | | | |
| 9. Security Deposits--RREEF | 20,000.00 | 0.00 | | 0.00 | FA |
| Itasca bank turned over to Textron (pre-petition) on account of their state court judgment | | | | | |
| 10. Security Deposits--NICOR | 600.00 | 0.00 | | 909.37 | FA |
| 11. Accounts Receivable | Unknown | 0.00 | | 35.00 | FA |
| Month to Month Leases | | | | | |
| 12. Other Liquidated Debts--Loans to Insiders | Unknown | 0.00 | | 0.00 | FA |
| 13. CONTINGENT CLAIMS | 1,387.73 | 0.00 | | 1,288.66 | FA |
| Proof of claim filed in Event Marketing Group, Case No. 04-30210 (proposed dividend) | | | | | |
| 14. 2006 Ford E350 Truck | 15,000.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 15.20

**UST Form 101-7-TFR (9/1/2009)** *(Page: 3)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    2

Exhibit A

| Case No: | 08-31442    JBS    Judge: Jack B. Schmetterer | | | | |
|---|---|---|---|---|---|
| Case Name: | KARNES MUSIC COMPANY | | | | |

Trustee Name:    Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c):    11/18/08 (f)
341(a) Meeting Date:    12/30/08
Claims Bar Date:    04/08/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Office Equip, Furnishings,&Supplies | 2,500.00 | 0.00 | | 0.00 | FA |
| 16. Inventory--Karnes Warehouse | 4,000.00 | 0.00 | | 3,000.00 | FA |
| sold per court order 6/1/09 | | | | | |
| 17. Inventory--Harper College | 34,000.00 | 0.00 | | 0.00 | FA |
| 18. Inventory--Lyric Opera | 47,000.00 | 0.00 | | 5,000.00 | FA |
| sold per court order 5/28/09 | | | | | |
| 19. Inventory--Concordia University | 21,000.00 | 0.00 | | 0.00 | FA |
| 20. Inventory--College of Lake County | 26,000.00 | 0.00 | | 0.00 | FA |
| 21. Inventory--The Sanctuary Club | 12,000.00 | 0.00 | | 0.00 | FA |
| 22. Inventory--Gary Knight | 1,200.00 | 0.00 | | 780.00 | FA |
| sold per court order 9/16/09 | | | | | |
| 23. Inventory--George/Shirley Williams | 1,200.00 | 0.00 | | 700.00 | FA |
| Sold piano for $600 per court order 9/16/09; prior to sale, trustee recovered $100 in rental payments | | | | | |
| 24. Inventory--Brian McCaskey | 1,200.00 | 0.00 | | 890.00 | FA |
| sold per court order $500 9/16/09-prior to sale, trustee collected rents equal to $390 | | | | | |
| 25. Inventory--John Church | 1,200.00 | 0.00 | | 312.00 | FA |
| trustee collected rents | | | | | |
| 26. Inventory--Michelle Ho/Cesar Chan | 1,200.00 | 0.00 | | 640.00 | FA |
| trustee sold for $250 per order 9/16/09; prior to sale, trustee collected rents $390 | | | | | |
| 27. Inventory--Joan Svyatsky | 1,200.00 | 0.00 | | 600.00 | FA |
| trustee sold per order 9/16/09 | | | | | |
| 28. Other Personal Property--monthly commissions | Unknown | 0.00 | | 483.95 | FA |
| from Music & Arts Center, Inc. | | | | | |

LFORM1

Ver: 15.20

**UST Form 101-7-TFR (9/1/2009)** *(Page: 4)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    3

**Exhibit A**

Case No:        08-31442    JBS    Judge: Jack B. Schmetterer
Case Name:    KARNES MUSIC COMPANY

Trustee Name:    Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c):    11/18/08 (f)
341(a) Meeting Date:    12/30/08
Claims Bar Date:    04/08/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 29. Insurance Policy Refund (u) Farmers Automobile Insurance Assn | 0.00 | 0.00 | | 1,989.75 | FA |
| 30. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 31. Retirement Plan class action settlement (u) Payment from Janus Fund per class action settlement for retirement fund, retained to cover retirement plan costs | 0.00 | 309.23 | | 309.23 | FA |
| 32. Preference Recovery (u) Suit to recover payments to Former Landlord from prepetition citation | 0.00 | 14,634.00 | | 9,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $214,632.68    $15,132.36    $31,837.56    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pursuing liquidation of assets; analyzing secured claim.   Pursuant to court orders Trustee sold Debtor's inventory and pianos which were leased to individuals or entities.  Trustee sued to recover preferential transfers; adversary settled in January; employed accountant to prepare tax returns; Trustee verified all 401k plans distributed to participants

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 12/31/10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 08-31442 -JBS |
| Case Name: | KARNES MUSIC COMPANY |
| Taxpayer ID No: | *******5697 |
| For Period Ending: | 08/26/10 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6066  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  11/26/08 | 24 | Brian & Barbara McCaskey | ACCOUNTS RECEIVABLE | 1121-000 | 78.00 | | 78.00 |
| | | 1000 Football Drive | | | | | |
| | | Lake Forest  IL  60045 | | | | | |
| C  11/26/08 | 29 | The Farmers Automobile Insurance Assn | INsurance Premium Refund | 1290-000 | 139.00 | | 217.00 |
| | | Pekin Insurance Company | | | | | |
| | | Pekin  IL | | | | | |
| C  11/26/08 | 29 | The Farmers Automobile Insurance Assn | Insurance Premium Refunds | 1290-000 | 573.75 | | 790.75 |
| | | Pekin Insurance Company | | | | | |
| | | Pekin  IL | | | | | |
| C  11/26/08 | 29 | The Farmers Automobile Insurance Assn | Insurance Premium Refund | 1290-000 | 1,277.00 | | 2,067.75 |
| | | Pekin Insurance Company | | | | | |
| | | Pekin  IL | | | | | |
| C  11/26/08 | 28 | Music & Arts | Outlet Commission Sales | 1121-000 | 99.22 | | 2,166.97 |
| | | 4626 Wedgewood Blvd. | | | | | |
| | | Frederick   MD  21703 | | | | | |
| C  11/26/08 | 6 | BANK OF AMERICA | Debtor's Cashier's Check | 1129-000 | 5,700.00 | | 7,866.97 |
| | | San Antonio, Texas | | | | | |
| C  11/28/08 | 1 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.05 | | 7,867.02 |
| C  12/31/08 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 7,867.42 |
| C  01/06/09 | 25 | John & Susan Church | ACCOUNTS RECEIVABLE | 1121-000 | 156.00 | | 8,023.42 |
| | | 1300 Dancer Court | | | | | |
| | | Libertyville  IL  60048 | | | | | |
| C  01/06/09 | 23 | George & Shirley Williams | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 8,123.42 |
| | | 2170 Hayfield Lane | | | | | |
| | | Beloit  WI  53511 | | | | | |
| C  01/06/09 | 11 | Yahama Corporation of America | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 8,158.42 |
| | | 6600 Orangethorpe Avenue | Invoice No.  SB 07722167 | | | | |
| | | Buena Park  CA  90620 | | | | | |
| C  01/06/09 | 10 | NICOR GAS | Refund - Final Credit Gas Acct | 1121-000 | 909.37 | | 9,067.79 |
| | | P.O. Box 190 | | | | | |

FORM 2                                                                                                          Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                    Exhibit B

| Case No: | 08-31442  -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | KARNES MUSIC COMPANY | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6066  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5697 | | | |
| For Period Ending: | 08/26/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 01/06/09 | 28 | Aurora, IL  60507-0190 Music & Arts 4626 Wedgewood Blvd. Frederick  MD  21703 | ACCOUNTS RECEIVABLE Outlet Commission - invoice 3253-11/08 | 1121-000 | 56.83 | | 9,124.62 |
| C | 01/15/09 | 2 | COMED P.O. BOX 805379 CHICAGO, IL  60680-5379 | Refund - Utility Deposit | 1290-000 | 189.13 | | 9,313.75 |
| C | 01/15/09 | 24 | Brian & Barbara McCaskey 1000 Football Drive Lake Forest  IL  60045 | ACCOUNTS RECEIVABLE | 1121-000 | 78.00 | | 9,391.75 |
| C | 01/30/09 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,391.82 |
| C t | 02/17/09 | | Transfer to Acct #*******6105 | Bank Funds Transfer | 9999-000 | | 8.46 | 9,383.36 |
| C | 02/18/09 | 13 | Event Marketing Group, Inc. c/o  Brenda Helms 3400 W. Lawrence Avenue Chicago  IL  60625 | Biasco Piano lawsuit proceeds | 1129-000 | 1,288.66 | | 10,672.02 |
| C | 02/27/09 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,672.10 |
| * C | 03/31/09 | | JOHN AND SUSAN CHURCH 1300 Dancer Court Llbertyville, IL 60048 | ACCOUNTS RECEIVABLE | 1129-003 | 78.00 | | 10,750.10 |
| C | 03/31/09 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,750.19 |
| * C | 04/03/09 | | JOHN AND SUSAN CHURCH 1300 Dancer Court Llbertyville, IL 60048 | ACCOUNTS RECEIVABLE duplicate deposit entered in error | 1129-003 | -78.00 | | 10,672.19 |
| C | 04/03/09 | 28 | Music & Arts 4626 Wedgewood Blvd. Frederick  MD  21703 | ACCOUNTS RECEIVABLE | 1121-000 | 32.27 | | 10,704.46 |
| C | 04/03/09 | 28 | Music & Arts 4626 Wedgewood Blvd. Frederick  MD  21703 | ACCOUNTS RECEIVABLE | 1129-000 | 68.92 | | 10,773.38 |
| C | 04/03/09 | 28 | Music & Arts | ACCOUNTS RECEIVABLE | 1129-000 | 73.08 | | 10,846.46 |

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:        08-31442 -JBS
Case Name:   KARNES MUSIC COMPANY

Taxpayer ID No:   *******5697
For Period Ending:   09/13/10

Trustee Name:              Joseph A. Baldi, Trustee
Bank Name:                 Bank of America, N.A.
Account Number / CD #:   *******6066  Money Market Account (Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 4626 Wedgewood Blvd. Frederick  MD  21703 | | | | | |
| C   04/03/09 | 25 | JOHN AND SUSAN CHURCH 1300 Dancer Court LIbertyville, IL 60048 | ACCOUNTS RECEIVABLE | 1129-000 | 78.00 | | 10,924.46 |
| C   04/03/09 | 25 | JOHN AND SUSAN CHURCH 1300 Dancer Court LIbertyville, IL 60048 | ACCOUNTS RECEIVABLE | 1129-000 | 78.00 | | 11,002.46 |
| C   04/03/09 | 24 | BRIAN MCCASKEY 1000 Football Drive Lake Forest, IL 60045 | ACCOUNTS RECEIVABLE | 1129-000 | 78.00 | | 11,080.46 |
| C   04/03/09 | 24 | BRIAN MCCASKEY 1000 Football Drive Lake Forest, IL 60045 | ACCOUNTS RECEIVABLE | 1129-000 | 78.00 | | 11,158.46 |
| C   04/03/09 | 31 | Janus Fair Fund Administrator JCM Fair Fund QSF PO Box 1841 Faribault MN  55201-1889 | retirement plan refund | 1249-000 | 309.23 | | 11,467.69 |
| C   04/30/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 11,467.94 |
| C   05/01/09 | 26 | Cesar Tsz-Chung Chan | Piano Rental Dec08 - Apr09 | 1129-000 | 390.00 | | 11,857.94 |
| C   05/20/09 | 18 | LYRIC OPERA OF CHICAGO 20 N. Wacker Drive Chicago, IL  60606 | Private Sale of Inventory | 1129-000 | 5,000.00 | | 16,857.94 |
| C   05/29/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 16,858.25 |
| C t  05/29/09 | | Transfer to Acct #*******6105 | Bank Funds Transfer TRasnfer funds to pay administrative rent claim authorized by court order dated 5/28/09.  ebMay 29, 2009, 09:39 am | 9999-000 | | 545.00 | 16,313.25 |
| C   06/05/09 | 23 | George & Shirley Williams 2170 Hayfield Lane Beloit  WI  53511 | SALE OF Piano | 1129-000 | 100.00 | | 16,413.25 |

LFORM2T4

**UST Form 101-7-TFR (9/1/2009)** *(Page: 8)*

Ver: 15.20

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   4

Exhibit B

| | | |
|---|---|---|
| Case No: | 08-31442 -JBS | |
| Case Name: | KARNES MUSIC COMPANY | |

| | |
|---|---|
| Taxpayer ID No: | *******5697 |
| For Period Ending: | 08/26/10 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6066 Money Market Account (Interest Earn |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  06/15/09 | 28 | Music & Arts<br>4626 Wedgewood Blvd.<br>Frederick  MD  21703 | piano rentals | 1129-000 | 20.92 | | 16,434.17 |
| C  06/15/09 | 28 | Music & Arts<br>4626 Wedgewood Blvd.<br>Frederick  MD  21703 | piano rentals | 1129-000 | 50.35 | | 16,484.52 |
| C  06/15/09 | 24 | BRIAN MCCASKEY<br>1000 Football Drive<br>Lake Forest, IL 60045 | ACCOUNTS RECEIVABLE | 1129-000 | 78.00 | | 16,562.52 |
| C  06/15/09 | 16 | Heavenly Pianos, Inc.<br>214 East Golf Road<br>Arlington Heights  IL  60005 | Proceeds of Sale of Pianos | 1129-000 | 3,000.00 | | 19,562.52 |
| C  06/30/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.44 | | 19,562.96 |
| C  07/14/09 | 28 | Music & Arts<br>4626 Wedgewood Blvd.<br>Frederick  MD  21703 | Outlet commissions | 1129-000 | 16.66 | | 19,579.62 |
| C  07/22/09 | 22 | GARY KNIGHT<br>1215 Colgate ST<br>Wilmette, IL  60091 | Rental & Purchase price for piano | 1129-000 | 780.00 | | 20,359.62 |
| C  07/31/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 20,360.12 |
| C  08/06/09 | 23 | George & Shirley Williams<br>2170 Hayfield Lane<br>Beloit  WI  53511 | SALE OF Piano | 1129-000 | 100.00 | | 20,460.12 |
| C  08/31/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 20,460.64 |
| C  09/03/09 | 28 | Music & Arts<br>4626 Wedgewood Blvd.<br>Frederick  MD  21703 | Outlet commissions | 1129-000 | 40.70 | | 20,501.34 |
| C  09/23/09 | 27 | Jane and Victor Svyatsky<br>2670 Acacia Terrace<br>Buffalo Grove  IL  60089 | SALE OF PERSONAL PROPERTY | 1129-000 | 600.00 | | 21,101.34 |
| C  09/23/09 | 24 | BRIAN MCCASKEY | ACCOUNTS RECEIVABLE | 1129-000 | 500.00 | | 21,601.34 |

FORM 2   Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-31442 -JBS |
| Case Name: | KARNES MUSIC COMPANY |
| Taxpayer ID No: | *******5697 |
| For Period Ending: | 08/26/10 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6066 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | 1000 Football Drive | | | | | |
| | | | Lake Forest, IL 60045 | | | | | |
| C | 09/30/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 21,601.85 |
| C | 10/28/09 | 26 | Cesar Tsz-Chung Chan | Sale of Yamaha Piano | 1129-000 | 250.00 | | 21,851.85 |
| | | | | Model #M402 | | | | |
| | | | | Serial #178541 | | | | |
| C | 10/30/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.54 | | 21,852.39 |
| C | 11/30/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.55 | | 21,852.94 |
| C | 12/31/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.56 | | 21,853.50 |
| C | 01/29/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.55 | | 21,854.05 |
| C | 02/01/10 | 28 | Music & Arts | Outlet commissions - Final | 1129-000 | 25.00 | | 21,879.05 |
| | | | 4626 Wedgewood Blvd. | | | | | |
| | | | Frederick  MD  21703 | | | | | |
| C | 02/26/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 21,879.55 |
| C t | 03/03/10 | | Transfer to Acct #*******6105 | Bank Funds Transfer | 9999-000 | | 4.98 | 21,874.57 |
| | | | | Transfer funds for bond premium payment. | | | | |
| C t | 03/04/10 | | Transfer to Acct #*******6105 | Bank Funds Transfer | 9999-000 | | 13.65 | 21,860.92 |
| C | 03/12/10 | 23 | George & Shirley Williams | SALE OF Piano | 1129-000 | 100.00 | | 21,960.92 |
| | | | 2170 Hayfield Lane | | | | | |
| | | | Beloit  WI  53511 | | | | | |
| C | 03/18/10 | 32 | HAWTHRON-VERNON HILLS LLC | Settlement proceeds: Preference | 1241-000 | 9,000.00 | | 30,960.92 |
| | | | % Chase Properties Ltd | | | | | |
| | | | 25825 Science Park Drive | | | | | |
| | | | Suite 355 | | | | | |
| | | | Beachwood OH 44122 | | | | | |
| C | 03/31/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 30,961.56 |
| C | 04/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.76 | | 30,962.32 |
| C | 05/10/10 | 23 | George & Shirley Williams | SALE OF Piano | 1129-000 | 150.00 | | 31,112.32 |
| | | | 2170 Hayfield Lane | | | | | |
| | | | Beloit  WI  53511 | | | | | |
| C | 05/28/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.78 | | 31,113.10 |

LFORM2T4   **UST Form 101-7-TFR (9/1/2009)** *(Page: 10)*   Ver: 15.20

FORM 2                                                                                                    Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit B

| Case No: | 08-31442  -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | KARNES MUSIC COMPANY | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6066  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5697 | | | |
| For Period Ending: | 08/26/10 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 06/03/10 | 23 | George & Shirley Williams | SALE OF Piano - Final Installment | 1129-000 | 150.00 | | 31,263.10 |
| | | | 2170 Hayfield Lane | | | | | |
| | | | Beloit  WI  53511 | | | | | |
| C | 06/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.78 | | 31,263.88 |
| C | 07/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 31,264.67 |

* Reversed
t  Funds Transfer
C  Bank Cleared

| Account   *******6066 | | Balance Forward | 0.00 | | | | |
|---|---|---|---|---|---|---|---|
| | 43 | Deposits | 31,827.09 | 0 | Checks | 0.00 | |
| | 21 | Interest Postings | 9.67 | 0 | Adjustments Out | 0.00 | |
| | | | | 4 | Transfers Out | 572.09 | |
| | | Subtotal | $   31,836.76 | | | | |
| | | | | | Total | $   572.09 | |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $   31,836.76 | | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 08-31442  -JBS | |
| Case Name: | KARNES MUSIC COMPANY | |
| | | |
| Taxpayer ID No: | *******5697 | |
| For Period Ending: | 08/26/10 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6105  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  02/17/09 | | Transfer from Acct #*******6066 | Bank Funds Transfer | 9999-000 | 8.46 | | 8.46 |
| C   02/17/09 | 001001 | International Sureties, Ltd. | 2009 Bond Premium Payment | 2300-000 | | 8.46 | 0.00 |
| | | 701 Poydras Street  #420 | Bond No. 016026455 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| C t  05/29/09 | | Transfer from Acct #*******6066 | Bank Funds Transfer | 9999-000 | 545.00 | | 545.00 |
| | | | TRasnfer funds to pay administrative rent claim | | | | |
| | | | authorized by court order dated 5/28/09.  ebMay | | | | |
| | | | 29, 2009, 09:39 am | | | | |
| C   05/29/09 | 001002 | Fuhler Property Management LLC | Administrative Rent | 2410-000 | | 545.00 | 0.00 |
| | | 101 N. Main Street | Allowed per court order dtd 5/28/09 | | | | |
| | | Crystal Lake  IL  60014 | | | | | |
| C t  03/03/10 | | Transfer from Acct #*******6066 | Bank Funds Transfer | 9999-000 | 4.98 | | 4.98 |
| | | | Transfer funds for bond premium payment. | | | | |
| C   03/03/10 | 001003 | International Sureties | Bond Premium Payment | 2300-000 | | 4.98 | 0.00 |
| | | 701 Poydras Street  #420 | Annual premium payment - 2010 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| C t  03/04/10 | | Transfer from Acct #*******6066 | Bank Funds Transfer | 9999-000 | 13.65 | | 13.65 |
| C   03/04/10 | 001004 | International Sureties | Bond Premium Payment (2nd Check) | 2300-000 | | 13.65 | 0.00 |
| | | 701 Poydras Street  #420 | Balance Owing on 2010 annual premium | | | | |
| | | New Orleans, LA 70139 | Bond # 016026455 | | | | |

Page:    8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 08-31442 -JBS |
| Case Name: | KARNES MUSIC COMPANY |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6105  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******5697 |
| For Period Ending: | 08/26/10 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

| Account *******6105 | | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 0 | Deposits | | 0.00 | 4 | Checks | 572.09 |
| | 0 | Interest Postings | | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ | 0.00 | | | |
| | | | | | | Total | $  572.09 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 4 | Transfers In | | 572.09 | | | |
| | | Total | $ | 572.09 | | | |

| Report Totals | | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 43 | Deposits | | 31,827.09 | 4 | Checks | 572.09 |
| | 21 | Interest Postings | | 9.67 | 0 | Adjustments Out | 0.00 |
| | | | | | 4 | Transfers Out | 572.09 |
| | | Subtotal | $ | 31,836.76 | | | |
| | | | | | | Total | $  1,144.18 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 4 | Transfers In | | 572.09 | | | |
| | | Total | $ | 32,408.85 | | Net Total Balance | $  31,264.67 |

LFORM2T4
**UST Form 101-7-TFR (9/1/2009)** *(Page: 13)*

Ver: 15.20

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case Number: | 08-31442 | | Page 1 | | | | Date: August 26, 2010 |
| Debtor Name: | KARNES MUSIC COMPANY | | Claim Class, Priority Sequence | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000021<br>050<br>4210-00 | Textron Financial Corporation<br>c/o Lauren Nachinson<br>Quarles & Brady LLP<br>300 North LaSalle Street, Suite 4000<br>Chicago, Illinois 60654 | Secured | --withdrawal filed 7/15/10<br>(21-1) Deficiency amount on Collateral--<br>spoke to Lauren Nachinson--asked to amed claim to unsecured as claim is for deficiency balance--RKP 6/10<br>--per voice mail from L. Nachinson, Textron has no claim; left follow-up message asking her to withdraw the POC -- 6/30/10<br>--sent form for withdrawal of claim to L.Nachinson (RKP 7/12/10) | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | | $0.00 | $0.00 | $0.00 |
| 001<br>2410-00 | Fuhler Property Management LLC<br>101 N. Main Street<br>Crystal Lake   IL   60014 | Administrative | Administrative Rent<br>Allowed per court order dtd 5/28/09 | $545.00 | $545.00 | $0.00 |
| 001<br>3410-00 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il  60601-2207 | Administrative | | $1,483.50 | $0.00 | $1,483.50 |
| 001<br>3110-00 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Administrative | voluntary reduction of 8,224.36 so wage claimants receive 100% distribution | $10,443.64 | $0.00 | $10,443.64 |
| 001<br>3120-00 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Administrative | | $193.85 | $0.00 | $193.85 |
| 001<br>2100-00 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Administrative | | $3,933.68 | $0.00 | $3,933.68 |
| | Subtotal for Class Administrative | | | $16,599.67 | $545.00 | $16,054.67 |
| 000006<br>053<br>5300-00 | STEPHEN GULLEY<br>1312 Canyon Run Rd.<br>Naperville, IL 60565 | Priority | | $10,449.00 | $0.00 | $10,449.00 |
| 000019<br>053<br>5300-00 | JIM SEVERSON<br>916 Magalin Dr.<br>Shorewood, IL 60404-7228 | Priority | | $665.00 | $0.00 | $665.00 |
| 000025<br>053<br>5300-00 | GREGG SHAW<br>36213 Douglas Terr<br>Gurnee, IL 60031-1583 | Priority | (25-1) Upaid wages and employee<br>contribution benefit plan<br>per Section 736(a)(2) | $4,096.00 | $0.00 | $4,096.00 |
| 000008<br>056<br>5600-00 | Abbie Hashem<br>44402 Sunset Maple Dr.<br>Ashburn, VA 20147 | Priority | | $1,000.00 | $0.00 | $1,000.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 08-31442 | | Page 2 | | | Date: August 26, 2010 |
| Debtor Name: | KARNES MUSIC COMPANY | | Claim Class, Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000027 056 5600-00 | Muthumeenal Ramanathan and Periakaruppan Ramanathan 411 N. White Deer Tr. Vernon Hills, IL 60061 | Priority | | $3,745.00 | $0.00 | $3,745.00 |
| 000004B 058 5800-00 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 | Priority | (4-1) Unemployment tax | $10,096.66 | $0.00 | $10,096.66 |
| 000023B 058 5800-00 | Department of The Treasury Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | Priority | (23-1) Modified on 4/15/2009 to correct creditors name | $26,019.36 | $0.00 | $26,019.36 |
| | Subtotal for Class Priority | | | $56,071.02 | $0.00 | $56,071.02 |
| 000001 070 7100-00 | Chicago Tribune dba Chgo Trib Attn: Carol Liotta 435 N. Michigan Avenue 3rd fl Chicago, IL 60611 | Unsecured | | $9,408.70 | $0.00 | $9,408.70 |
| 000002 070 7100-00 | Galileo Arlington Heights, LLC C/O Lawrence Karlin Lupel Weininger LLP 30 N Lasalle St Ste 3520 Chicago, IL 60602 | Unsecured | (2-1) Commercial Lease (2-1) Modified on 1/15/2009 to correct creditors address | $87,688.05 | $0.00 | $87,688.05 |
| 000003 070 7100-00 | KD Mailing 6850 N. Central Park Avenue Lincolnwood, IL 60712 | Unsecured | | $5,029.45 | $0.00 | $5,029.45 |
| 000004A 070 7100-00 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 | Unsecured | (4-1) Unemployment tax | $350.00 | $0.00 | $350.00 |
| 000005 070 7100-00 | Hal Leonard 960 East Mark Street P.O. Box 227 Winona, MN 55987 | Unsecured | | $291.01 | $0.00 | $291.01 |
| 000007 070 7100-00 | BMC Solutions P.O. Box 1777 Kennesaw, GA 30144 | Unsecured | | $1,436.44 | $0.00 | $1,436.44 |
| 000009 070 7100-00 | Whitney Advertising 6210 Silver Sage Drive Park City, UT 84098 | Unsecured | | $294.15 | $0.00 | $294.15 |
| 000010 070 7100-00 | House of Troy 902 Silver Ridge Road Hyde Park, VT 05655 | Unsecured | | $162.82 | $0.00 | $162.82 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-31442 | | Page 3 | | Date: August 26, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | KARNES MUSIC COMPANY | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | Warehouse Direct 1601 W. Algonquin Road Mount Prospect, IL 60056 | Unsecured | | $324.45 | $0.00 | $324.45 |
| 000012 070 7100-00 | Patriot Electric, Inc. 22333 W. Sturm Rd. Lake Zurich, IL 60047 | Unsecured | | $279.37 | $0.00 | $279.37 |
| 000013 070 7100-00 | Jean J. Larsen c/o Attorney Matthew M. Hevrin HINSHAW & CULBERTSON LLP 100 Park Avenue Rockford, IL 61101 | Unsecured | (13-1) money judgment | $14,017.80 | $0.00 | $14,017.80 |
| 000014 070 7100-00 | Harry F. Shea & Co. 120 N. LaSalle Street Suite 1140 Chicago, IL 60602 | Unsecured | | $2,980.00 | $0.00 | $2,980.00 |
| 000015 070 7100-00 | Citibank South Dakota NA DBA 4740 121st St Urbandale, IA 50323 | Unsecured | | $9,499.75 | $0.00 | $9,499.75 |
| 000016 070 7100-00 | Yamaha Corporation of America 6600 Orange Thorpe Avenue Buena Park, CA 90620 | Unsecured | --amended claim filed 7/12/10 (RKP) left message for Brenda McAllister requesting call to discuss claim 6/28/10 and followup 6/30/10 --spoke with and corresponded with Joanie Barton at Yamaha, they will withdraw or amend claim to unsecured 6/30/10 | $15,430.73 | $0.00 | $15,430.73 |
| 000017 070 7100-00 | Visa-Mastercard Services First National Bank of Omaha 1620 Dodge St Stop 3231 Omaha, NE 68197 | Unsecured | (17-1) Modified on 3/23/2009 to correct creditors address | $7,427.55 | $0.00 | $7,427.55 |
| 000018 070 7100-00 | Law Office of Colleen M. McLaughlin 1751 S. Naperville Road Suite 209 Wheaton, IL 60189 | Unsecured | | $20,002.42 | $0.00 | $20,002.42 |
| 000020 070 7100-00 | City of Crystal Lake P.O. Box 2608 Crystal Lake, IL 60039-2608 | Unsecured | | $57.95 | $0.00 | $57.95 |
| 000022 070 7100-00 | American Sejung Corp. 5300 E. Ontario Mills Pkwy. Suite 100 Ontario, CA 91764 | Unsecured | | $8,265.65 | $0.00 | $8,265.65 |
| 000023A 070 7100-00 | Department of The Treasury Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | Unsecured | (23-1) Modified on 4/15/2009 to correct creditors name | $7,649.09 | $0.00 | $7,649.09 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-31442 | | Page 4 | | | Date: August 26, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | KARNES MUSIC COMPANY | | Claim Class, Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000028 070 7100-00 | Hawthorn-Vernon Hills, LLC c/o Brian Jackiw, Esq. Freeborn & Peters LLP 311 South Wacker Drive, Suite 3000 Chicago, IL 60606 | Unsecured | per order authorizing settlement of adversary | $25,940.86 | $0.00 | $25,940.86 |
| 000024 080 7200-00 | More House Kitchen and Bath 1036 G Willow Rd. Northbrook, IL 60062 | Unsecured | (24-1) Damaged Property | $1,500.00 | $0.00 | $1,500.00 |
| 000026 080 7200-00 | Holland & Knight LLP 1 East Broward Blvd Ste 1300 Ft Lauderdale, FL 33301 | Unsecured | | $16,588.01 | $0.00 | $16,588.01 |
| | Subtotal for Class Unsecured | | | $234,624.25 | $0.00 | $234,624.25 |
| | Case Totals: | | | $307,294.94 | $545.00 | $306,749.94 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-31442
Case Name: KARNES MUSIC COMPANY
Trustee Name: Joseph A. Baldi, Trustee

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $_____ | $_____ |
| Attorney for trustee: Joseph A. Baldi & Associates, P.C. | $_____ | **$_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: Popowcer Katten, Ltd | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

**Trustee's attorneys voluntarily reduced request for fees from $18,668.00 so that priority wage claimants receive 100% distribution.  Trustee's attorneys have requested award of accrued interest in Estate from 8/26/10 to close of case.

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $_____ | $_____ |
| *Attorney for:* | | $_____ | $_____ |
| *Accountant for:* | | $_____ | $_____ |
| *Appraiser for:* | | $_____ | $_____ |
| *Other:* | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000004B* | *Illinois Department of Employment Security* | $_____ | $_____ |
| *000006* | *STEPHEN GULLEY* | $_____ | $_____ |
| *000008* | *Abbie Hashem* | $_____ | $_____ |
| *000019* | *JIM SEVERSON* | $_____ | $_____ |
| *000023B* | *Department of The Treasury* | $_____ | $_____ |
| *000025* | *GREGG SHAW* | $_____ | $_____ |
| *000027* | *Muthumeenal Ramanathan and* | $_____ | $_____ |
| *AUTO* | *Internal Revenue Service* | $_____ | $_____ |
| *AUTO* | *Internal Revenue Service* | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Chicago Tribune | $ | $ |
| 000002 | Galileo Arlington Heights, LLC | $ | $ |
| 000003 | KD Mailing | $ | $ |
| 000004A | Illinois Department of Employment Security | $ | $ |
| 000005 | Hal Leonard | $ | $ |
| 000007 | BMC Solutions | $ | $ |
| 000009 | Whitney Advertising | $ | $ |
| 000010 | House of Troy | $ | $ |
| 000011 | Warehouse Direct | $ | $ |
| 000012 | Patriot Electric, Inc. | $ | $ |
| 000013 | Jean J. Larsen | $ | $ |
| 000014 | Harry F. Shea & Co. | $ | $ |
| 000015 | Citibank South Dakota NA | $ | $ |
| 000016 | Yamaha Corporation of America | $ | $ |
| 000017 | Visa-Mastercard Services | $ | $ |
| 000018 | Law Office of Colleen M. McLaughlin | $ | $ |
| 000020 | City of Crystal Lake | $ | $ |
| 000022 | American Sejung Corp. | $ | $ |
| 000023A | Department of The Treasury | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000028 | Hawthorn-Vernon Hills, LLC | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000024 | More House Kitchen and Bath | $ | $ |
| 000026 | Holland & Knight LLP | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $    .