Hearing Date: 11/18/10
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 682
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| KARNES MUSIC COMPANY | § | Case No. 08-31442 |
| | § | |
| Debtor | § | Hon. Jack B. Schmetterer |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m.
on November 18, 2010
in Courtroom 682, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Kenneth Gardner_____
                                     Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1900, Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
§
KARNES MUSIC COMPANY § Case No. 08-31442
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 31,836.76 |
| and approved disbursements of | $ | 572.09 |
| leaving a balance on hand of[1] | $ | 31,264.67 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                        *Proposed Payment*
_____                $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $ 3,933.68 | $ 0.00 |
| Attorney for trustee: Joseph A. Baldi & Associates, P.C. | $ 10,443.64 [**] | $ 193.85 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer Katten, Ltd | $ 1,483.50 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |

(**Trustee's Attorney voluntarily reduced its request for fees from $18,668.00; Trustee's attorney has asked for accrued interest in estate from 8/26/10 to close of case)

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 57,234.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004B | Illinois Department of Employment Security | $ 10,096.66 | $ 0.00 |
| 000006 | STEPHEN GULLEY | $ 10,449.00 | $ 10,449.00 |
| 000008 | Abbie Hashem | $ 1,000.00 | $ 0.00 |
| 000019 | JIM SEVERSON | $ 665.00 | $ 665.00 |
| 000023B | Department of The Treasury | $ 26,019.36 | $ 0.00 |
| 000025 | GREGG SHAW | $ 4,096.00 | $ 4,096.00 |
| 000027 | Muthumeenal Ramanathan and | $ 3,745.00 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| AUTO | Internal Revenue Service | $ 943.02 | $ 0.00 |
| AUTO | Internal Revenue Service | $ 220.54 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 216,536.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Chicago Tribune | $ 9,408.70 | $ 0.00 |
| 000002 | Galileo Arlington Heights, LLC | $ 87,688.05 | $ 0.00 |
| 000003 | KD Mailing | $ 5,029.45 | $ 0.00 |
| 000004A | Illinois Department of Employment Security | $ 350.00 | $ 0.00 |
| 000005 | Hal Leonard | $ 291.01 | $ 0.00 |
| 000007 | BMC Solutions | $ 1,436.44 | $ 0.00 |
| 000009 | Whitney Advertising | $ 294.15 | $ 0.00 |
| 000010 | House of Troy | $ 162.82 | $ 0.00 |
| 000011 | Warehouse Direct | $ 324.45 | $ 0.00 |
| 000012 | Patriot Electric, Inc. | $ 279.37 | $ 0.00 |
| 000013 | Jean J. Larsen | $ 14,017.80 | $ 0.00 |
| 000014 | Harry F. Shea & Co. | $ 2,980.00 | $ 0.00 |
| 000015 | Citibank South Dakota NA | $ 9,499.75 | $ 0.00 |
| 000016 | Yamaha Corporation of America | $ 15,430.73 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000017 | Visa-Mastercard Services | $ 7,427.55 | $ 0.00 |
| 000018 | Law Office of Colleen M. McLaughlin | $ 20,002.42 | $ 0.00 |
| 000020 | City of Crystal Lake | $ 57.95 | $ 0.00 |
| 000022 | American Sejung Corp. | $ 8,265.65 | $ 0.00 |
| 000023A | Department of The Treasury | $ 7,649.09 | $ 0.00 |
| 000028 | Hawthorn-Vernon Hills, LLC | $ 25,940.86 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 18,088.01 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000024 | More House Kitchen and Bath | $ 1,500.00 | $ 0.00 |
| 000026 | Holland & Knight LLP | $ 16,588.01 | $ 0.00 |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

      Prepared By: /s/_____
                                 Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

District/Off: 0752−1  User: kseldon  Date Created: 10/21/2010
Case: 08−31442  Form ID: pdf006  Total: 128

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty   Lois West
TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Karnes Music Company    926 West Dundee Road    Arlington Heights, IL 60004
tr    Joseph A Baldi, Tr    Joseph Baldi &Associates    19 S Lasalle Street Suite 1500    Chicago, IL 60603
aty   Popowcer Katten Ltd    Popowcer Katten Ltd    35 E Wacker Dr, Ste 902    Chicago, IL 60601
aty   August A Pilati    August A. Pilati and Associates, Ltd.    53 W Jackson Blvd    Suite 528    Chicago, IL 60604
aty   Elizabeth C Berg    Joseph A. Baldi &Associates    19 S Lasalle Street, , Suite 1500    Chicago, IL 60603
aty   Joseph A Baldi    Joseph Baldi &Associates    19 S Lasalle Street Suite 1500    Chicago, IL 60603
aty   Kenneth A Fedinets    August A. Pilati and Associates, Ltd.    53 W Jackson Blvd    Suite 528    Chicago, IL 60604
12876685    AT    P.O. Box 8100    Aurora, IL 60507−8100
12876686    AT    P.O. Box 8100    Aurora, IL 60507−8100
12876687    AT    P.O. Box 8100    Aurora, IL 60507−8100
12876676    Abbie Hashem    44402 Sunset Maple Dr.    Ashburn, VA 20147
12876677    Alliant Law Group, P.C.    2860 Zenker Rd.    Suite 105    San Jose, CA 94134
12876678    Allied Interstate    3200 Northline Ave.    Suite 160    Greensboro, NC 27408
12876679    Allocated Business Management, LLC    P.O. Box 893    Mundelein, IL 60060
12876680    Alpine Piano Service    35 Pine Avenue    Lake Zurich, IL 60047
12960321    American Music Group    C/O Guitar Center Inc    5795 Lindero Cannon Road    westlake Village, CA 91362
12876681    American Sejung Corp.    5300 E. Ontario Mills Pkwy.    Suite 100    Ontario, CA 91764
12960325    Anne Berger    7317 Horseshoe Court    Cary, IL 60013
12876682    Arlington Heights School Dist 25    1200 South Dunton Avenue    Arlington Heights, IL 60005
12876683    Arlington Heights School Dist. 25    1200 South Dunton Avenue    Arlington Heights, IL 60005
12876684    Arlington Heights School Dist. 25    1200 South Dunton Avenue    Arlington Heights, IL 60005
12876690    BMC Solutions    P.O. Box 1777    Kennesaw, GA 30144
12960322    Bank of America    135 S Lasalle St    Chicago, IL 60603
12876688    Ben's Tuning    236 S. Maple Avenue    Oak Park, IL 60302
12876689    Biehl &Biehl, Inc.    P.O. Box 87410    Carol Stream, IL 60188−7410
12876691    Brian McCaskey    501 Tulip Cir.    Island Lake, IL 60042
12876692    Centro Properties Group    420 Lexington Avenue    7th Floor    New York, NY 10170
12876693    Chicago Tribune    dba Chgo Trib    Attn: Carol Liotta    435 N. Michigan Avenue 3rd fl    Chicago, IL 60611
12876694    Citibank N.A.    701 E. 60th St. N.    Sioux Falls, SD 57104
13573846    Citibank South Dakota NA    DBA    4740 121st St    Urbandale, IA 50323
12876695    City of Crystal Lake    P.O. Box 2608    Crystal Lake, IL 60039−2608
12876696    Collins    1409 Apache Drive    Rockford, IL 61107
12876697    Commonwealth Edison    Bill Payment Center    Chicago, IL 60668−0001
12876698    Commonwealth Edison    Bill Payment Center    Chicago, IL 60668−0001
12876699    Commonwealth Edison    Bill Payment Center    Chicago, IL 60668−0001
12876700    Commonwealth Edison    Bill Payment Center    Chicago, IL 60668−0001
12876701    Craig Elliott    379 Woodview Cr., #C    Elgin, IL 60120
12876702    Crystal Lake Ski &Bike    905A Pyott Road    Crystal Lake, IL 60014
12876703    Dennis Peshenko    424 Pintail Street    Deerfield, IL 60015
12876734    Department of The Treasury    Internal Revenue Service    PO Box 21126    Philadelphia, PA 19114
12876704    Dex    Attn: Customer Care    1615 Bluff City Hwy.    Bristol, TN 37620
12876705    Dex    Attn: Customer Care    1615 Bluff City Hwy.    Bristol, TN 37620
12876706    Discover Card Services    P.O. Box 3011    New Albany, OH 43054−3011
12876707    District Counsel for    Internal Revenue Service    200 W. Adams, St., Suite 2300    Chicago, IL 60606
12876708    Exxon Mobil    P.O. Box 688941    Des Moines, IA 50368−8941
12876709    Federal Express    P.O. Box 94515    Palatine, IL 60094−4515
12876710    First Impression    Window Cleaning    327A Old McHenry Road    Long Grove, IL 60047
12876711    Fuhler Property Management    101 North Main Street    Crystal Lake, IL 60014
12876714    GE Commercial Distribution Finance    4 Park Plaza, Suite 2040    Irvine, CA 92614
12876715    GE Money Bank    Client Services    P.O. Box 276    Dayton, OH 45401
12876717    GMAC    Box 3810902    Minneapolis, MN 55438
12876712    Galileo Arlington Heights LLC    P.O. Box 74357    Cleveland, OH 44194
13040175    Galileo Arlington Heights, LLC    C/O Lawrence Karlin    Lupel Weininger LLP    30 N Lasalle St Ste 3520    Chicago, IL 60602
12876713    Gary Knight    1215 Colgate St.    Wilmette, IL 60091
12876716    George/Shirley Williams    2170 Hayfield Ln.    Beloit, WI 53511
12876718    Gregg Shaw    36213 Douglas Terr.    Gurnee, IL 60031
12876719    Groot Recycling &Waste Services    2500 Landmeier    Elk Grove Village, IL 60007

| | | | | |
|---|---|---|---|---|
| 12960324 | Guitar Center Stores Inc | American Music Group | 5795 Lindero Cannon Rd | Westlake Village, CA 91362 |
| 12876720 | Guitar Center Stores, Inc. | 4626 Wedgewood Blvd. | Frederick, MD 21703 | |
| 12876721 | Hal Leonard | 960 East Mark Street | P.O. Box 227 | Winona, MN 55987 |
| 12876722 | Harry F. Shea &Co. | 120 N. LaSalle Street | Suite 1140 | Chicago, IL 60602 |
| 12876724 | Hawthorn−Vernon Hills LLC | Freeborn &Peters LLP/D. Curth, Esq | 311 South Wacker Drive, Suite 3000 | Chicago, IL 60606 |
| 12876723 | Hawthorn−Vernon Hills LLC | c/o Chase Properties | P.O. Box 92317 | Cleveland, OH 44193 |
| 15344250 | Hawthorn−Vernon Hills, LLC | c/o Brian Jackiw, Esq. | Freeborn &Peters LLP | 311 South Wacker Drive, Suite 3000    Chicaog, IL 60606 |
| 12876725 | Hoffmann Tuning | 401 N. Derbyshire Avenue | Arlington Heights, IL 60004 | |
| 14008093 | Holland &Knight LLP | 1 East Broward Blvd Ste 1300 | Ft Lauderdale, FL 33301 | |
| 12876726 | Holland and Knight LLP | 131 South Dearborn | 30th Floor | Chicago, IL 60603−5550 |
| 12876727 | Hopkins | 610 N. Garfield Street | Lombard, IL 60148 | |
| 12876728 | House of Troy | 902 Silver Ridge Road | Hyde Park, VT 05655 | |
| 12876729 | Humana Insurance Co. | 1100 Employers Blvd. | Green Bay, WI 54344−3068 | |
| 13041189 | Illinois Department of Employment Security | 33 South State Street | Chicago, Illinois 60603 | |
| 12960320 | Illinois Department of Labor | Fair Labor Standards−Wage Claims | 160 N Lasalle St Suite | |
| 12876730 | Illinois Department of Revenue Bankruptcy Section | P.O. Box 64338 | Chicago, IL 60664−0338 | |
| 12960342 | Illinois Dept of Employment Security | Benefit Payment Control Division | PO Box 4385 | Chicago IL 60680 |
| 12876731 | Illinois Dept. of Employment Sec. | Bankruptcy Unit − 3rd Floor | 401 S. State Street | Chicago, IL 60605 |
| 12876732 | Illinois State Toll Highway | P.O. Box 5201 | Lisle, IL 60532−5201 | |
| 12876733 | Inland Real Estate Corp. | 2901 Butterfield Road | Oak Brook, IL 60523 | |
| 12876735 | Itasca Bank and Trust Co. | 308 W. Irving Park Rd. | Itasca, IL 60143 | |
| 12876736 | Jason Brooks | 2919 Harvest Ln. | Lindenhurst, IL 60046−7914 | |
| 13496889 | Jean J. Larsen | c/o Attorney Matthew M. Hevrin | HINSHAW &CULBERTSON LLP | 100 Park Avenue    Rockford, IL 61101 |
| 12876737 | Jean Larsen | Hinshaw &Culbertson c/oJames Allen | 100 Park Avenue, P.O. Box 1389 | Rockford, IL 61105−1389 |
| 12876738 | Jeff Rossen | 5701 N. Sheridan #20−T | Chicago, IL 60660 | |
| 12876739 | Jim Severson | 916 Magalin Drive | Shorewood, IL 60404 | |
| 12876740 | Joan Svyatsky | 2670 Acacia Terr. | Buffalo Grove, IL 60089 | |
| 12876741 | John Church | 1300 Dancer Ct., #15 | Libertyville, IL 60048 | |
| 12876742 | Jonathan Neil &Associates, Inc. | 18321 Venture Blvd. | Suite 1000 | Tarzana, CA 91356 |
| 12876743 | KD Mailing | 6850 N. Central Park Avenue | Lincolnwood, IL 60712 | |
| 12876744 | Kristen O. Elbert | 209 E. Lake Shore Drive | Chicago, IL 60611 | |
| 12876745 | Law Office of Colleen M. McLaughlin | 1751 S. Naperville Road | Suite 209 | Wheaton, IL 60189 |
| 12876746 | Lawrence M. Karlin, Esq. | Lupel/Weinigner LLP | 30 North LaSalle Street, Suite 3520 | Chicago, IL 60602−3334 |
| 12876747 | Libertyville Chevrolet | 1001 S. Milwaukee Avenue | Libertyville, IL 60048 | |
| 12876748 | Mark Cappelli | 1120 W. Paulina | Oak Park, IL 60302 | |
| 12876749 | Mark Owen | 5101 N. Sheridan #20−T | Chicago, IL 60660 | |
| 12876750 | Michael Herron | 1935 Koehling Rd. | Northbrook, IL 60062 | |
| 12876751 | Michelle Ho/Cesar Chan | 835 Waterview Cir., #4 | Vernon Hills, IL 60061 | |
| 12876752 | More House Kitchen and Bath | 1036 G Willow Rd. | Northbrook, IL 60062 | |
| 12876753 | Music and Arts Center, Inc. | 4626 Wedgewood Blvd. | Frederick, MD 21703 | |
| 12876754 | Muthumeenal Ramanathan and | Periakaruppan Ramanathan | 411 N. White Deer Tr. | Vernon Hills, IL 60061 |
| 12876755 | Nicor | P.O. Box 416 | Aurora, IL 60565 | |
| 12876756 | Nicor | P.O. Box 46 | Aurora, IL 60565 | |
| 12876757 | Paetec | P.O. Box 3243 | Milwaukee, WI 53201−3243 | |
| 12876758 | Patriot Electric, Inc. | 22333 W. Sturm Rd. | Lake Zurich, IL 60047 | |
| 12876759 | Paul Jansen | 1550 Harrison Street | Oshkosh, WI 54901 | |
| 12876760 | Paychex | 1000 East Warrenville Rd. | Suite 200 | Naperville, IL 60563 |
| 12876761 | Pekin Insurance Co. | 2505 Court St. | Pekin, IL 61558−0001 | |
| 12876762 | Phyllis Berger | 122 River Mead Rd. | Peterborough, NH 03458 | |
| 12876765 | RREEF Management Company | c/o Mulherin Rehfeldt &Varchetto PC | 211 S Wheaton Avenue Ste 200 | Wheaton, IL 60187 |
| 12876763 | Raymond Chevrolet | 118 Rt 173 | Antioch, IL 60002 | |
| 12876764 | Rreef | c/o West Suburban Industrial | 75 Remittance Drive | Chicago, IL 60675−3119 |
| 12876766 | Securian Retirement Services | A unit of Minnesota Life Insur. Co. | 400 Robert Street North | Saint Paul, MN 55101−2098 |
| 12876767 | Southwest Credit Systems LLP | 5910 W. Plano Parkway | Suite 100 | Plano, TX 75093−4638 |
| 12876769 | Sprint | P.O. Box 8077 | London, KY 40742 | |
| 12876768 | Sprint | P.O. Box 88026 | Chicago, IL 60680−1206 | |
| 12876770 | Steve Gulley | 2050 Valencia Dr. | Northbrook, IL 60062 | |
| 12876771 | Textron Financial Corporation | P.O. Box 9354 | Minneapolis, MN 55440 | |
| 12876772 | Textron Financial Corporation | Quarles &Brady LLP/T. McGill, Esq. | 500 W. Madison Street, Suite 3700 | Chicago, IL 60661 |
| 13754113 | Textron Financial Corporation | c/o Lauren Nachinson | Quarles &Brady LLP | 300 North LaSalle Street, Suite 4000    Chicago, Illinois 60654 |
| 12876773 | Timothy A. Hickey, Esq. | Hinshaw &Culbertson LLP | 222 N. LaSalle Street, Suite 300 | Chicago, IL 60601−1081 |
| 12876774 | Tom and Kathleen Byrne | 96 S. Wynstone Dr. | North Barrington, IL 60010 | |
| 12876775 | Van Ru Credit Corporation | 8550 Ulmerton Rd. | Suite 225 | Largo, FL 33771−5351 |

| | | | | |
|---|---|---|---|---|
| 12876776 | Village of Arlington Heights | 33 South Arlington Heights Road | Arlington Heights, IL 60005 | |
| 12876777 | Visa−Mastercard Services | First National Bank of Omaha | 1620 Dodge St Stop 3231 | Omaha, NE 68197 |
| 12876779 | WBBM−AM | 180 North Stetson | Suite 1100 | Chicago, IL 60601 |
| 12876778 | Warehouse Direct | 1601 W. Algonquin Road | Mount Prospect, IL 60056 | |
| 12876780 | Whitney Advertising | 6210 Silver Sage Drive | Park City, UT 84098 | |
| 12960323 | William Berger | 7317 Horseshoe Court | Cary, IL 60013 | |
| 12876781 | Yamaha Corporation of America | 6600 Orange Thorpe Avenue | Buena Park, CA 90620 | |

TOTAL: 127