Hearing Date: 11/18/10
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 682
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| KARNES MUSIC COMPANY | § | Case No. 08-31442 |
| | § | |
| Debtor | § | Hon. Jack B. Schmetterer |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

        10:30 a.m.
        on November 18, 2010
        in Courtroom 682, U.S. Courthouse
        219 S. Dearborn St., Chicago, IL

    If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner_____
                                                                               Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1900, Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
KARNES MUSIC COMPANY § Case No. 08-31442
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 31,836.76 |
| *and approved disbursements of* | $ | 572.09 |
| *leaving a balance on hand of*[1] | $ | 31,264.67 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| *Trustee: Joseph A. Baldi, Trustee* | $ 3,933.68 | $ 0.00 |
| *Attorney for trustee: Joseph A. Baldi & Associates, P.C.* | $ 10,443.64 ** | $ 193.85 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: Popowcer Katten, Ltd* | $ 1,483.50 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |

(**Trustee's Attorney voluntarily reduced its request for fees from $18,668.00; Trustee's attorney has asked for accrued interest in estate from 8/26/10 to close of case)

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|   | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| _Charges:_ | | $_____ | $_____ |
| _Fees:_ | | $_____ | $_____ |
| _Other:_ | | $_____ | $_____ |
| _Other:_ | | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|   | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| _Attorney for debtor:_ | | $_____ | $_____ |
| _Attorney for:_ | | $_____ | $_____ |
| _Accountant for:_ | | $_____ | $_____ |
| _Appraiser for:_ | | $_____ | $_____ |
| _Other:_ | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 57,234.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004B | Illinois Department of Employment Security | $ 10,096.66 | $ 0.00 |
| 000006 | STEPHEN GULLEY | $ 10,449.00 | $ 10,449.00 |
| 000008 | Abbie Hashem | $ 1,000.00 | $ 0.00 |
| 000019 | JIM SEVERSON | $ 665.00 | $ 665.00 |
| 000023B | Department of The Treasury | $ 26,019.36 | $ 0.00 |
| 000025 | GREGG SHAW | $ 4,096.00 | $ 4,096.00 |
| 000027 | Muthumeenal Ramanathan and | $ 3,745.00 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| AUTO | Internal Revenue Service | $ 943.02 | $ 0.00 |
| AUTO | Internal Revenue Service | $ 220.54 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 216,536.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Chicago Tribune | $ 9,408.70 | $ 0.00 |
| 000002 | Galileo Arlington Heights, LLC | $ 87,688.05 | $ 0.00 |
| 000003 | KD Mailing | $ 5,029.45 | $ 0.00 |
| 000004A | Illinois Department of Employment Security | $ 350.00 | $ 0.00 |
| 000005 | Hal Leonard | $ 291.01 | $ 0.00 |
| 000007 | BMC Solutions | $ 1,436.44 | $ 0.00 |
| 000009 | Whitney Advertising | $ 294.15 | $ 0.00 |
| 000010 | House of Troy | $ 162.82 | $ 0.00 |
| 000011 | Warehouse Direct | $ 324.45 | $ 0.00 |
| 000012 | Patriot Electric, Inc. | $ 279.37 | $ 0.00 |
| 000013 | Jean J. Larsen | $ 14,017.80 | $ 0.00 |
| 000014 | Harry F. Shea & Co. | $ 2,980.00 | $ 0.00 |
| 000015 | Citibank South Dakota NA | $ 9,499.75 | $ 0.00 |
| 000016 | Yamaha Corporation of America | $ 15,430.73 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000017 | Visa-Mastercard Services | $ 7,427.55 | $ 0.00 |
| 000018 | Law Office of Colleen M. McLaughlin | $ 20,002.42 | $ 0.00 |
| 000020 | City of Crystal Lake | $ 57.95 | $ 0.00 |
| 000022 | American Sejung Corp. | $ 8,265.65 | $ 0.00 |
| 000023A | Department of The Treasury | $ 7,649.09 | $ 0.00 |
| 000028 | Hawthorn-Vernon Hills, LLC | $ 25,940.86 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 18,088.01 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000024 | More House Kitchen and Bath | $ 1,500.00 | $ 0.00 |
| 000026 | Holland & Knight LLP | $ 16,588.01 | $ 0.00 |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

       The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

                            Prepared By: /s/_____
                                                   Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| District/Off: 0752−1 | User: kseldon | Date Created: 10/21/2010 |
|---|---|---|
| Case: 08−31442 | Form ID: pdf006 | Total: 128 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty     Lois West
     TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Karnes Music Company | 926 West Dundee Road | Arlington Heights, IL 60004 | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Popowcer Katten Ltd | Popowcer Katten Ltd | 35 E Wacker Dr, Ste 902 | Chicago, IL 60601 |
| aty | August A Pilati | August A. Pilati and Associates, Ltd. | 53 W Jackson Blvd Suite 528 | Chicago, IL 60604 |
| aty | Elizabeth C Berg | Joseph A. Baldi &Associates | 19 S Lasalle Street, , Suite 1500 | Chicago, IL 60603 |
| aty | Joseph A Baldi | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Kenneth A Fedinets | August A. Pilati and Associates, Ltd. | 53 W Jackson Blvd Suite 528 | Chicago, IL 60604 |
| 12876685 | AT | P.O. Box 8100 | Aurora, IL 60507−8100 | |
| 12876686 | AT | P.O. Box 8100 | Aurora, IL 60507−8100 | |
| 12876687 | AT | P.O. Box 8100 | Aurora, IL 60507−8100 | |
| 12876676 | Abbie Hashem | 44402 Sunset Maple Dr. | Ashburn, VA 20147 | |
| 12876677 | Alliant Law Group, P.C. | 2860 Zenker Rd. Suite 105 | San Jose, CA 94134 | |
| 12876678 | Allied Interstate | 3200 Northline Ave. Suite 160 | Greensboro, NC 27408 | |
| 12876679 | Allocated Business Management, LLC | P.O. Box 893 | Mundelein, IL 60060 | |
| 12876680 | Alpine Piano Service | 35 Pine Avenue | Lake Zurich, IL 60047 | |
| 12960321 | American Music Group | C/O Guitar Center Inc | 5795 Lindero Cannon Road | westlake Village, CA 91362 |
| 12876681 | American Sejung Corp. | 5300 E. Ontario Mills Pkwy. Suite 100 | Ontario, CA 91764 | |
| 12960325 | Anne Berger | 7317 Horseshoe Court | Cary, IL 60013 | |
| 12876682 | Arlington Heights School Dist 25 | 1200 South Dunton Avenue | Arlington Heights, IL 60005 | |
| 12876683 | Arlington Heights School Dist. 25 | 1200 South Dunton Avenue | Arlington Heights, IL 60005 | |
| 12876684 | Arlington Heights School Dist. 25 | 1200 South Dunton Avenue | Arlington Heights, IL 60005 | |
| 12876690 | BMC Solutions | P.O. Box 1777 | Kennesaw, GA 30144 | |
| 12960322 | Bank of America | 135 S Lasalle St | Chicago, IL 60603 | |
| 12876688 | Ben's Tuning | 236 S. Maple Avenue | Oak Park, IL 60302 | |
| 12876689 | Biehl &Biehl, Inc. | P.O. Box 87410 | Carol Stream, IL 60188−7410 | |
| 12876691 | Brian McCaskey | 501 Tulip Cir. | Island Lake, IL 60042 | |
| 12876692 | Centro Properties Group | 420 Lexington Avenue 7th Floor | New York, NY 10170 | |
| 12876693 | Chicago Tribune | dba Chgo Trib Attn: Carol Liotta | 435 N. Michigan Avenue 3rd fl | Chicago, IL 60611 |
| 12876694 | Citibank N.A. | 701 E. 60th St. N. | Sioux Falls, SD 57104 | |
| 13573846 | Citibank South Dakota NA | DBA | 4740 121st St | Urbandale, IA 50323 |
| 12876695 | City of Crystal Lake | P.O. Box 2608 | Crystal Lake, IL 60039−2608 | |
| 12876696 | Collins | 1409 Apache Drive | Rockford, IL 61107 | |
| 12876697 | Commonwealth Edison | Bill Payment Center | Chicago, IL 60668−0001 | |
| 12876698 | Commonwealth Edison | Bill Payment Center | Chicago, IL 60668−0001 | |
| 12876699 | Commonwealth Edison | Bill Payment Center | Chicago, IL 60668−0001 | |
| 12876700 | Commonwealth Edison | Bill Payment Center | Chicago, IL 60668−0001 | |
| 12876701 | Craig Elliott | 379 Woodview Cr., #C | Elgin, IL 60120 | |
| 12876702 | Crystal Lake Ski &Bike | 905A Pyott Road | Crystal Lake, IL 60014 | |
| 12876703 | Dennis Peshenko | 424 Pintail Street | Deerfield, IL 60015 | |
| 12876734 | Department of The Treasury | Internal Revenue Service | PO Box 21126 | Philadelphia, PA 19114 |
| 12876704 | Dex | Attn: Customer Care | 1615 Bluff City Hwy. | Bristol, TN 37620 |
| 12876705 | Dex | Attn: Customer Care | 1615 Bluff City Hwy. | Bristol, TN 37620 |
| 12876706 | Discover Card Services | P.O. Box 3011 | New Albany, OH 43054−3011 | |
| 12876707 | District Counsel for | Internal Revenue Service | 200 W. Adams, St., Suite 2300 | Chicago, IL 60606 |
| 12876708 | Exxon Mobil | P.O. Box 688941 | Des Moines, IA 50368−8941 | |
| 12876709 | Federal Express | P.O. Box 94515 | Palatine, IL 60094−4515 | |
| 12876710 | First Impression | Window Cleaning | 327A Old McHenry Road | Long Grove, IL 60047 |
| 12876711 | Fuhler Property Management | 101 North Main Street | Crystal Lake, IL 60014 | |
| 12876714 | GE Commercial Distribution Finance | 4 Park Plaza, Suite 2040 | Irvine, CA 92614 | |
| 12876715 | GE Money Bank | Client Services | P.O. Box 276 | Dayton, OH 45401 |
| 12876717 | GMAC | Box 3810902 | Minneapolis, MN 55438 | |
| 12876712 | Galileo Arlington Heights LLC | P.O. Box 74357 | Cleveland, OH 44194 | |
| 13040175 | Galileo Arlington Heights, LLC | C/O Lawrence Karlin | Lupel Weinigner LLP | 30 N Lasalle St Ste 3520 Chicago, IL 60602 |
| 12876713 | Gary Knight | 1215 Colgate St. | Wilmette, IL 60091 | |
| 12876716 | George/Shirley Williams | 2170 Hayfield Ln. | Beloit, WI 53511 | |
| 12876718 | Gregg Shaw | 36213 Douglas Terr. | Gurnee, IL 60031 | |
| 12876719 | Groot Recycling &Waste Services | 2500 Landmeier | Elk Grove Village, IL 60007 | |

| | | | | |
|---|---|---|---|---|
| 12960324 | Guitar Center Stores Inc | American Music Group | 5795 Lindero Cannon Rd | Westlake Village, CA 91362 |
| 12876720 | Guitar Center Stores, Inc. | 4626 Wedgewood Blvd. | Frederick, MD 21703 | |
| 12876721 | Hal Leonard | 960 East Mark Street | P.O. Box 227 | Winona, MN 55987 |
| 12876722 | Harry F. Shea &Co. | 120 N. LaSalle Street | Suite 1140 | Chicago, IL 60602 |
| 12876724 | Hawthorn−Vernon Hills LLC | Freeborn &Peters LLP/D. Curth, Esq | 311 South Wacker Drive, Suite 3000 | Chicago, IL 60606 |
| 12876723 | Hawthorn−Vernon Hills LLC | c/o Chase Properties | P.O. Box 92317 | Cleveland, OH 44193 |
| 15344250 | Hawthorn−Vernon Hills, LLC | c/o Brian Jackiw, Esq. | Freeborn &Peters LLP | 311 South Wacker Drive, Suite 3000, Chicaog, IL 60606 |
| 12876725 | Hoffmann Tuning | 401 N. Derbyshire Avenue | Arlington Heights, IL 60004 | |
| 14008093 | Holland &Knight LLP | 1 East Broward Blvd Ste 1300 | Ft Lauderdale, FL 33301 | |
| 12876726 | Holland and Knight LLP | 131 South Dearborn | 30th Floor | Chicago, IL 60603−5550 |
| 12876727 | Hopkins | 610 N. Garfield Street | Lombard, IL 60148 | |
| 12876728 | House of Troy | 902 Silver Ridge Road | Hyde Park, VT 05655 | |
| 12876729 | Humana Insurance Co. | 1100 Employers Blvd. | Green Bay, WI 54344−3068 | |
| 13041189 | Illinois Department of Employment Security | 33 South State Street | Chicago, Illinois 60603 | |
| 12960320 | Illinois Department of Labor | Fair Labor Standards−Wage Claims | 160 N Lasalle St Suite | |
| 12876730 | Illinois Department of Revenue Bankruptcy Section | P.O. Box 64338 | Chicago, IL 60664−0338 | |
| 12960342 | Illinois Dept of Employment Security | Benefit Payment Control Division | PO Box 4385 | Chicago IL 60680 |
| 12876731 | Illinois Dept. of Employment Sec. | Bankruptcy Unit − 3rd Floor | 401 S. State Street | Chicago, IL 60605 |
| 12876732 | Illinois State Toll Highway | P.O. Box 5201 | Lisle, IL 60532−5201 | |
| 12876733 | Inland Real Estate Corp. | 2901 Butterfield Road | Oak Brook, IL 60523 | |
| 12876735 | Itasca Bank and Trust Co. | 308 W. Irving Park Rd. | Itasca, IL 60143 | |
| 12876736 | Jason Brooks | 2919 Harvest Ln. | Lindenhurst, IL 60046−7914 | |
| 13496889 | Jean J. Larsen | c/o Attorney Matthew M. Hevrin | HINSHAW &CULBERTSON LLP | 100 Park Avenue, Rockford, IL 61101 |
| 12876737 | Jean Larsen | Hinshaw &Culbertson c/oJames Allen | 100 Park Avenue, P.O. Box 1389 | Rockford, IL 61105−1389 |
| 12876738 | Jeff Rossen | 5701 N. Sheridan #20−T | Chicago, IL 60660 | |
| 12876739 | Jim Severson | 916 Magalin Drive | Shorewood, IL 60404 | |
| 12876740 | Joan Svyatsky | 2670 Acacia Terr. | Buffalo Grove, IL 60089 | |
| 12876741 | John Church | 1300 Dancer Ct., #15 | Libertyville, IL 60048 | |
| 12876742 | Jonathan Neil &Associates, Inc. | 18321 Venture Blvd. | Suite 1000 | Tarzana, CA 91356 |
| 12876743 | KD Mailing | 6850 N. Central Park Avenue | Lincolnwood, IL 60712 | |
| 12876744 | Kristen O. Elbert | 209 E. Lake Shore Drive | Chicago, IL 60611 | |
| 12876745 | Law Office of Colleen M. McLaughlin | 1751 S. Naperville Road | Suite 209 | Wheaton, IL 60189 |
| 12876746 | Lawrence M. Karlin, Esq. | Lupel/Weinigner LLP | 30 North LaSalle Street, Suite 3520 | Chicago, IL 60602−3334 |
| 12876747 | Libertyville Chevrolet | 1001 S. Milwaukee Avenue | Libertyville, IL 60048 | |
| 12876748 | Mark Cappelli | 1120 W. Paulina | Oak Park, IL 60302 | |
| 12876749 | Mark Owen | 5101 N. Sheridan #20−T | Chicago, IL 60660 | |
| 12876750 | Michael Herron | 1935 Koehling Rd. | Northbrook, IL 60062 | |
| 12876751 | Michelle Ho/Cesar Chan | 835 Waterview Cir., #4 | Vernon Hills, IL 60061 | |
| 12876752 | More House Kitchen and Bath | 1036 G Willow Rd. | Northbrook, IL 60062 | |
| 12876753 | Music and Arts Center, Inc. | 4626 Wedgewood Blvd. | Frederick, MD 21703 | |
| 12876754 | Muthumeenal Ramanathan and | Periakaruppan Ramanathan | 411 N. White Deer Tr. | Vernon Hills, IL 60061 |
| 12876755 | Nicor | P.O. Box 416 | Aurora, IL 60565 | |
| 12876756 | Nicor | P.O. Box 46 | Aurora, IL 60565 | |
| 12876757 | Paetec | P.O. Box 3243 | Milwaukee, WI 53201−3243 | |
| 12876758 | Patriot Electric, Inc. | 22333 W. Sturm Rd. | Lake Zurich, IL 60047 | |
| 12876759 | Paul Jansen | 1550 Harrison Street | Oshkosh, WI 54901 | |
| 12876760 | Paychex | 1000 East Warrenville Rd. | Suite 200 | Naperville, IL 60563 |
| 12876761 | Pekin Insurance Co. | 2505 Court St. | Pekin, IL 61558−0001 | |
| 12876762 | Phyllis Berger | 122 River Mead Rd. | Peterborough, NH 03458 | |
| 12876765 | RREEF Management Company | c/o Mulherin Rehfeldt &Varchetto PC | 211 S Wheaton Avenue Ste 200 | Wheaton, IL 60187 |
| 12876763 | Raymond Chevrolet | 118 Rt 173 | Antioch, IL 60002 | |
| 12876764 | Rreef | c/o West Suburban Industrial | 75 Remittance Drive | Chicago, IL 60675−3119 |
| 12876766 | Securian Retirement Services | A unit of Minnesota Life Insur. Co. | 400 Robert Street North | Saint Paul, MN 55101−2098 |
| 12876767 | Southwest Credit Systems LLP | 5910 W. Plano Parkway | Suite 100 | Plano, TX 75093−4638 |
| 12876769 | Sprint | P.O. Box 8077 | London, KY 40742 | |
| 12876768 | Sprint | P.O. Box 88026 | Chicago, IL 60680−1206 | |
| 12876770 | Steve Gulley | 2050 Valencia Dr. | Northbrook, IL 60062 | |
| 12876771 | Textron Financial Corporation | P.O. Box 9354 | Minneapolis, MN 55440 | |
| 12876772 | Textron Financial Corporation | Quarles &Brady LLP/T. McGill, Esq. | 500 W. Madison Street, Suite 3700 | Chicago, IL 60661 |
| 13754113 | Textron Financial Corporation | c/o Lauren Nachinson | Quarles &Brady LLP | 300 North LaSalle Street, Suite 4000, Chicago, Illinois 60654 |
| 12876773 | Timothy A. Hickey, Esq. | Hinshaw &Culbertson LLP | 222 N. LaSalle Street, Suite 300 | Chicago, IL 60601−1081 |
| 12876774 | Tom and Kathleen Byrne | 96 S. Wynstone Dr. | North Barrington, IL 60010 | |
| 12876775 | Van Ru Credit Corporation | 8550 Ulmerton Rd. | Suite 225 | Largo, FL 33771−5351 |

| | | | |
|---|---|---|---|
| 12876776 | Village of Arlington Heights | 33 South Arlington Heights Road | Arlington Heights, IL 60005 |
| 12876777 | Visa−Mastercard Services | First National Bank of Omaha 1620 Dodge St Stop 3231 | Omaha, NE 68197 |
| 12876779 | WBBM−AM | 180 North Stetson Suite 1100 | Chicago, IL 60601 |
| 12876778 | Warehouse Direct | 1601 W. Algonquin Road | Mount Prospect, IL 60056 |
| 12876780 | Whitney Advertising | 6210 Silver Sage Drive | Park City, UT 84098 |
| 12960323 | William Berger | 7317 Horseshoe Court | Cary, IL 60013 |
| 12876781 | Yamaha Corporation of America | 6600 Orange Thorpe Avenue | Buena Park, CA 90620 |

TOTAL: 127

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vrowe                  Page 1 of 3                   Date Rcvd: Oct 25, 2010
Case: 08-31442                 Form ID: pdf006              Total Noticed: 115

The following entities were noticed by first class mail on Oct 27, 2010.
db           +Karnes Music Company,    926 West Dundee Road,    Arlington Heights, IL 60004-7823
aty          +August A Pilati,    August A. Pilati and Associates, Ltd.,    53 W Jackson Blvd,    Suite 528,
               Chicago, IL 60604-3617
aty          +Elizabeth C Berg,    Joseph A. Baldi & Associates,    19 S Lasalle Street, , Suite 1500,
               Chicago, IL 60603-1413
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Kenneth A Fedinets,    August A. Pilati and Associates, Ltd.,    53 W Jackson Blvd,    Suite 528,
               Chicago, IL 60604-3617
aty          +Popowcer Katten Ltd,    Popowcer Katten Ltd,    35 E Wacker Dr, Ste 902,    Chicago, IL 60601-2314
tr           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
12876685      AT&T,   P.O. Box 8100,    Aurora, IL 60507-8100
12876676     +Abbie Hashem,    44402 Sunset Maple Dr.,    Ashburn, VA 20147-3888
12876677     +Alliant Law Group, P.C.,    2860 Zenker Rd.,    Suite 105,    San Jose, CA 95134-2119
12876679     +Allocated Business Management, LLC,    P.O. Box 893,    Mundelein, IL 60060-0893
12876680     +Alpine Piano Service,    35 Pine Avenue,    Lake Zurich, IL 60047-2325
12960321     +American Music Group,    C/O Guitar Center Inc,    5795 Lindero Cannon Road,
               westlake Village, CA 91362-4013
12876681     +American Sejung Corp.,    5300 E. Ontario Mills Pkwy.,    Suite 100,    Ontario, CA 91764-5133
12876682     +Arlington Heights School Dist 25,    1200 South Dunton Avenue,    Arlington Heights, IL 60005-3111
12876690     +BMC Solutions,    P.O. Box 1777,    Kennesaw, GA 30156-8777
12960322     +Bank of America,    135 S Lasalle St,    Chicago, IL 60603-4157
12876688     +Ben's Tuning,    236 S. Maple Avenue,    Oak Park, IL 60302-3037
12876689      Biehl & Biehl, Inc.,    P.O. Box 87410,    Carol Stream, IL 60188-7410
12876691     +Brian McCaskey,    501 Tulip Cir.,    Island Lake, IL 60042-8814
12876692     +Centro Properties Group,    420 Lexington Avenue,    7th Floor,    New York, NY 10170-0799
12876693     +Chicago Tribune,    dba Chgo Trib,    Attn: Carol Liotta,    435 N. Michigan Avenue 3rd fl,
               Chicago, IL 60611-4066
12876694     +Citibank N.A.,    701 E. 60th St. N.,    Sioux Falls, SD 57104-0493
13573846     +Citibank South Dakota NA,    DBA,    4740 121st St,    Urbandale, IA 50323-2402
12876695      City of Crystal Lake,    P.O. Box 2608,    Crystal Lake, IL 60039-2608
12876696     +Collins,    1409 Apache Drive,    Rockford, IL 61107-2301
12876701     +Craig Elliott,    379 Woodview Cr., #C,    Elgin, IL 60120-7184
12876702     +Crystal Lake Ski & Bike,    905A Pyott Road,    Crystal Lake, IL 60014-8718
12876703     +Dennis Peshenko,    424 Pintail Street,    Deerfield, IL 60015-3639
12876704     +Dex,    Attn: Customer Care,    1615 Bluff City Hwy.,    Bristol, TN 37620-6055
12876707     +District Counsel for,    Internal Revenue Service,    200 W. Adams, St., Suite 2300,
               Chicago, IL 60606-5231
12876708      Exxon Mobil,    P.O. Box 688941,    Des Moines, IA 50368-8941
12876709      Federal Express,    P.O. Box 94515,    Palatine, IL 60094-4515
12876710      First Impression,    Window Cleaning,    327A Old McHenry Road,    Long Grove, IL 60047
12876711     +Fuhler Property Management,    101 North Main Street,    Crystal Lake, IL 60014-4470
12876714     +GE Commercial Distribution Finance,    4 Park Plaza, Suite 2040,    Irvine, CA 92614-2578
12876717      GMAC,    Box 3810902,    Minneapolis, MN 55438
12876712     +Galileo Arlington Heights LLC,    P.O. Box 74357,    Cleveland, OH 44194-0002
13040175     +Galileo Arlington Heights, LLC,    C/O Lawrence Karlin,    Lupel Weiningner LLP,
               30 N Lasalle St Ste 3520,    Chicago, IL 60602-3334
12876713     +Gary Knight,    1215 Colgate St.,    Wilmette, IL 60091-1457
12876716     +George/Shirley Williams,    2170 Hayfield Ln.,    Beloit, WI 53511-7035
12876718     +Gregg Shaw,    36213 Douglas Terr.,    Gurnee, IL 60031-1583
12876719     +Groot Recycling & Waste Services,    2500 Landmeier,    Elk Grove Village, IL 60007-2627
12960324     +Guitar Center Stores Inc,    American Music Group,    5795 Lindero Cannon Rd,
               Westlake Village, CA 91362-4013
12876720     +Guitar Center Stores, Inc.,    4626 Wedgewood Blvd.,    Frederick, MD 21703-7159
12876721     +Hal Leonard,    960 East Mark Street,    P.O. Box 227,    Winona, MN 55987-0227
12876722     +Harry F. Shea & Co.,    120 N. LaSalle Street,    Suite 1140,    Chicago, IL 60602-2426
12876724     +Hawthorn-Vernon Hills LLC,    Freeborn & Peters LLP/D. Curth, Esq,
               311 South Wacker Drive, Suite 3000,    Chicago, IL 60606-6679
12876723     +Hawthorn-Vernon Hills LLC,    c/o Chase Properties,    P.O. Box 92317,    Cleveland, OH 44193-0003
15344250     +Hawthorn-Vernon Hills, LLC,    c/o Brian Jackiw, Esq.,    Freeborn & Peters LLP,
               311 South Wacker Drive, Suite 3000,    Chicaog, IL 60606-6679
12876725     +Hoffmann Tuning,    401 N. Derbyshire Avenue,    Arlington Heights, IL 60004-6333
14008093     +Holland & Knight LLP,    1 East Broward Blvd Ste 1300,    Ft Lauderdale, FL 33301-1865
12876726      Holland and Knight LLP,    131 South Dearborn,    30th Floor,    Chicago, IL 60603-5550
12876727     +Hopkins,    610 N. Garfield Street,    Lombard, IL 60148-1730
12876728     +House of Troy,    902 Silver Ridge Road,    Hyde Park, VT 05655-9396
12876729      Humana Insurance Co.,    1100 Employers Blvd.,    Green Bay, WI 54344-3068
12876734     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of The Treasury,    Internal Revenue Service,    PO Box 21126,
               Philadelphia, PA 19114)
13041189     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808
12876730      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12960342     +Illinois Dept of Employment Security,    Benefit Payment Control Division,    PO Box 4385,
               Chicago IL 60680-4385
12876731     +Illinois Dept. of Employment Sec.,    Bankruptcy Unit - 3rd Floor,    401 S. State Street,
               Chicago, IL 60605-1229
12876732      Illinois State Toll Highway,    P.O. Box 5201,    Lisle, IL 60532-5201
12876733     +Inland Real Estate Corp.,    2901 Butterfield Road,    Oak Brook, IL 60523-1190
12876735     +Itasca Bank and Trust Co.,    308 W. Irving Park Rd.,    Itasca, IL 60143-2193
12876736      Jason Brooks,    2919 Harvest Ln.,    Lindenhurst, IL 60046-7914
```

```
District/off: 0752-1           User: vrowe                 Page 2 of 3                   Date Rcvd: Oct 25, 2010
Case: 08-31442                 Form ID: pdf006             Total Noticed: 115

13496889      +Jean J. Larsen,   c/o Attorney Matthew M. Hevrin,    HINSHAW & CULBERTSON LLP,    100 Park Avenue,
                Rockford, IL 61101-1099
12876737       Jean Larsen,    Hinshaw & Culbertson c/oJames Allen,    100 Park Avenue, P.O. Box 1389,
                Rockford, IL 61105-1389
12876738      +Jeff Rossen,   5701 N. Sheridan #20-T,    Chicago, IL 60660-6709
12876739      +Jim Severson,   916 Magalin Drive,    Shorewood, IL 60404-7228
12876740      +Joan Svyatsky,   2670 Acacia Terr.,    Buffalo Grove, IL 60089-6667
12876741      +John Church,   1300 Dancer Ct., #15,    Libertyville, IL 60048-4430
12876742      +Jonathan Neil & Associates, Inc.,    18321 Venture Blvd.,    Suite 1000,    Tarzana, CA 91356-4255
12876743      +KD Mailing,   6850 N. Central Park Avenue,    Lincolnwood, IL 60712-2704
12876744      +Kristen O. Elbert,    209 E. Lake Shore Drive,    Chicago, IL 60611-1307
12876745      +Law Office of Colleen M. McLaughlin,    1751 S. Naperville Road,    Suite 209,
                Wheaton, IL 60189-5896
12876746       Lawrence M. Karlin, Esq.,    Lupel/Weiningner LLP,    30 North LaSalle Street, Suite 3520,
                Chicago, IL 60602-3334
12876747      +Libertyville Chevrolet,    1001 S. Milwaukee Avenue,    Libertyville, IL 60048-3271
12876748      +Mark Cappelli,   1120 W. Paulina,    Oak Park, IL 60302-1636
12876749      +Mark Owen,   5101 N. Sheridan #20-T,    Chicago, IL 60640-3172
12876750      +Michael Herron,   1935 Koehling Rd.,    Northbrook, IL 60062-1346
12876751      +Michelle Ho/Cesar Chan,    835 Waterview Cir., #4,    Vernon Hills, IL 60061-2557
12876752      +More House Kitchen and Bath,    1036 G Willow Rd.,    Northbrook, IL 60062-6820
12876753      +Music and Arts Center, Inc.,    4626 Wedgewood Blvd.,    Frederick, MD 21703-7159
12876754      +Muthumeenal Ramanathan and,    Periakaruppan Ramanathan,    411 N. White Deer Tr.,
                Vernon Hills, IL 60061-1239
12876756      +Nicor,   P.O. Box 46,   Aurora, IL 60507-0046
12876758      +Patriot Electric, Inc.,    22333 W. Sturm Rd.,    Lake Zurich, IL 60047-3023
12876759      +Paul Jansen,   1550 Harrison Street,    Oshkosh, WI 54901-3008
12876761       Pekin Insurance Co.,    2505 Court St.,   Pekin, IL 61558-0001
12876762      +Phyllis Berger,   122 River Mead Rd.,    Peterborough, NH 03458-1731
12876765     +++RREEF Management Company,    c/o Mulherin Rehfeldt & Varchetto PC,    211 S Wheaton Avenue Ste 200,
                Wheaton, IL 60187-5251
12876763      +Raymond Chevrolet,    118 Rt 173,   Antioch, IL 60002-1895
12876764       Rreef,   c/o West Suburban Industrial,    75 Remittance Drive,    Chicago, IL 60675-3119
12876766       Securian Retirement Services,    A unit of Minnesota Life Insur. Co.,    400 Robert Street North,
                Saint Paul, MN 55101-2098
12876767      +Southwest Credit Systems LLP,    5910 W. Plano Parkway,    Suite 100,    Plano, TX 75093-2202
12876768      +Sprint,   P.O. Box 88026,    Chicago, IL 60680-1026
12876769      +Sprint,   P.O. Box 8077,    London, KY 40742-8077
12876770      +Steve Gulley,    2050 Valencia Dr.,   Northbrook, IL 60062-7057
12876771      +Textron Financial Corporation,    P.O. Box 9354,    Minneapolis, MN 55440-9354
13754113       Textron Financial Corporation,    c/o Lauren Nachinson,    Quarles & Brady LLP,
                300 North LaSalle Street, Suite 4000,    Chicago, Illinois 60654
12876772      +Textron Financial Corporation,    Quarles & Brady LLP/T. McGill, Esq.,
                500 W. Madison Street, Suite 3700,    Chicago, IL 60661-4591
12876773       Timothy A. Hickey, Esq.,    Hinshaw & Culbertson LLP,    222 N. LaSalle Street, Suite 300,
                Chicago, IL 60601-1081
12876774      +Tom and Kathleen Byrne,    96 S. Wynstone Dr.,    North Barrington, IL 60010-6942
12876775       Van Ru Credit Corporation,    8550 Ulmerton Rd.,    Suite 225,   Largo, FL 33771-5351
12876776      +Village of Arlington Heights,    33 South Arlington Heights Road,
                Arlington Heights, IL 60005-1499
12876777      +Visa-Mastercard Services,    First National Bank of Omaha,    1620 Dodge St Stop 3231,
                Omaha, NE 68197-0002
12876779      +WBBM-AM,   180 North Stetson,    Suite 1100,   Chicago, IL 60601-6723
12876778      +Warehouse Direct,    1601 W. Algonquin Road,    Mount Prospect, IL 60056-5546
12876780      +Whitney Advertising,    6210 Silver Sage Drive,    Park City, UT 84098-6135
The following entities were noticed by electronic transmission on Oct 26, 2010.
aty           +E-mail/Text: bergtrustee@baldiberg.com                           Elizabeth C Berg,
                Joseph A. Baldi & Associates,    19 S Lasalle Street, , Suite 1500,    Chicago, IL 60603-1413
12876697       E-mail/Text: legalcollections@comed.com                           Commonwealth Edison,
                Bill Payment Center,    Chicago, IL 60668-0001
12876706       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 26 2010 01:45:12     Discover Card Services,
                P.O. Box 3011,   New Albany, OH 43054-3011
12876715      +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2010 01:36:11      GE Money Bank,    Client Services,
                P.O. Box 276,   Dayton, OH 45401-0276
12876742      +E-mail/Text: bk@jnacollect.com                           Jonathan Neil & Associates, Inc.,
                18321 Venture Blvd.,    Suite 1000,   Tarzana, CA 91356-4255
12876755      +E-mail/Text: bankrup@nicor.com                           Nicor,    P.O. Box 416,
                Aurora, IL 60507-0416
12876757       E-mail/Text: bankruptcy@paetec.com                           Paetec,    P.O. Box 3243,
                Milwaukee, WI 53201-3243
12876760      +E-mail/Text: dladwig@paychex.com                           Paychex,    1000 East Warrenville Rd.,
                Suite 200,   Naperville, IL 60563-3574
12876781      +E-mail/Text: KSalter@Yamaha.com                           Yamaha Corporation of America,
                6600 Orange Thorpe Avenue,    Buena Park, CA 90620-1396
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Lois West
12960320      Illinois Department of Labor,    Fair Labor Standards-Wage Claims,    160 N Lasalle St Suite
```

```
District/off: 0752-1            User: vrowe                 Page 3 of 3                 Date Rcvd: Oct 25, 2010
Case: 08-31442                  Form ID: pdf006             Total Noticed: 115

12876686*      AT&T,    P.O. Box 8100,    Aurora, IL 60507-8100
12876687*      AT&T,    P.O. Box 8100,    Aurora, IL 60507-8100
12876683*     +Arlington Heights School Dist. 25,    1200 South Dunton Avenue,    Arlington Heights, IL 60005-3111
12876684*     +Arlington Heights School Dist. 25,    1200 South Dunton Avenue,    Arlington Heights, IL 60005-3111
12876698*      Commonwealth Edison,    Bill Payment Center,    Chicago, IL 60668-0001
12876699*      Commonwealth Edison,    Bill Payment Center,    Chicago, IL 60668-0001
12876700*      Commonwealth Edison,    Bill Payment Center,    Chicago, IL 60668-0001
12876705*     +Dex,    Attn: Customer Care,    1615 Bluff City Hwy.,    Bristol, TN 37620-6055
12876678    ##+Allied Interstate,    3200 Northline Ave.,    Suite 160,    Greensboro, NC 27408-7613
12960325    ##+Anne Berger,    7317 Horseshoe Court,    Cary, IL 60013-6317
12960323    ##+William Berger,    7317 Horseshoe Court,    Cary, IL 60013-6317
                                                                                       TOTALS: 2, * 8, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2010**                    **Signature:**   _Joseph Speetjens_