UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                      §
                                            §
KARNES MUSIC COMPANY                        §      Case No. 08-31442
                                            §
            Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
|---|---|
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee _____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| proof of claim case no. 04-30210 | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Textron Financial Corp. | | | | | |
| | Textron c/o Quarles & Brady | | | | | |
| 000021 | TEXTRON FINANCIAL CORPORATION | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| FUHLER PROP. MANAGEMENT | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dist. Counsel for IRS | | | | | |
| | IDES | | | | | |
| | IDOR | | | | | |
| | IDOR | | | | | |
| | IL Dept. of Labor | | | | | |
| | IRS | | | | | |
| | Jason Brooks | | | | | |
| | Jeff Rosen | | | | | |
| | Kristen Elbert | | | | | |
| | Michael Herron | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Muthumeenal Ramanathan | | | | | |
| 000025 | GREGG SHAW | | | | | |
| AUTO | ILLINOIS DEPT. OF REVENUE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| 000019 | JIM SEVERSON | | | | | |
| 000006 | STEPHEN GULLEY | | | | | |
| 000008 | ABBIE HASHEM | | | | | |
| 000027 | MUTHUMEENAL RAMANATHAN AND | | | | | |
| 000023B | DEPARTMENT OF THE TREASURY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T | | | | | |
| | AT&T | | | | | |
| | Abbie Hashem | | | | | |
| | Allian Law Group PC | | | | | |
| | Allied Interstate | | | | | |
| | Allocated Bus. Management LLC | | | | | |
| | Alpine Piano Service | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Music Group | | | | | |
| | Arlington Heights School Dist. 25 | | | | | |
| | Arlington Heights School Dist. 25 | | | | | |
| | Arlington Heights School Dist. 25 | | | | | |
| | Bank of America | | | | | |
| | Ben's Tuning | | | | | |
| | Biehl & Biehl, Inc. | | | | | |
| | Centro Properties Group | | | | | |
| | Collins | | | | | |
| | Commonwealth Edison | | | | | |
| | Commonwealth Edison | | | | | |
| | Commonwealth Edison | | | | | |
| | Commonwealth Edison | | | | | |
| | Craig Elliot | | | | | |
| | Crystal Lake Ski & Bike | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dennis Peshenko | | | | | |
| | Dex | | | | | |
| | Dex | | | | | |
| | Discover Card SErvices | | | | | |
| | Exxon Mobile | | | | | |
| | Federal Express | | | | | |
| | First Impression | | | | | |
| | Fuhler Property Mgmt | | | | | |
| | GE Commercial Dist. Finance | | | | | |
| | GE Money Bank | | | | | |
| | Groot Recycling & Waste Serv | | | | | |
| | Guitar Center Stores | | | | | |
| | Hoffmann Tuning | | | | | |
| | Hopkins | | | | | |
| | Humana Insurance Co. | | | | | |
| | IL State Toll Highway | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Inland Real Estate Corp. | | | | | |
| | Itasca Bank & Trust Co. | | | | | |
| | Jim Severson | | | | | |
| | Jonathan Neil & Assoc. | | | | | |
| | Lawrence M. Karlin | | | | | |
| | Libertyville Chevrolet | | | | | |
| | Mark Cappelli | | | | | |
| | Mark Owen | | | | | |
| | Nicor | | | | | |
| | Nicor | | | | | |
| | Paetec | | | | | |
| | Paul Jansen | | | | | |
| | Paychex | | | | | |
| | Pekin Insurance Co | | | | | |
| | Phyllis Berger | | | | | |
| | Ramond Chevrolet | | | | | |
| | Rreef | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Securian Retirement Services | | | | | |
| | Southwest Credit Systems, LLP | | | | | |
| | Sprint | | | | | |
| | Sprint | | | | | |
| | Timothy Hickey | | | | | |
| | Tom & Kathleen Byrne | | | | | |
| | Van Ru Credit Corp | | | | | |
| | Village of Arlington Heights | | | | | |
| | WBBM-AM | | | | | |
| | William Berger | | | | | |
| 000022 | AMERICAN SEJUNG CORP. | | | | | |
| 000007 | BMC SOLUTIONS | | | | | |
| 000001 | CHICAGO TRIBUNE | | | | | |
| 000015 | CITIBANK SOUTH DAKOTA NA | | | | | |
| 000020 | CITY OF CRYSTAL LAKE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000023A | DEPARTMENT OF THE TREASURY | | | | | |
| 000002 | GALILEO ARLINGTON HEIGHTS, LLC | | | | | |
| 000005 | HAL LEONARD | | | | | |
| 000014 | HARRY F. SHEA & CO. | | | | | |
| 000028 | HAWTHORN-VERNON HILLS, LLC | | | | | |
| 000010 | HOUSE OF TROY | | | | | |
| 000004A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000013 | JEAN J. LARSEN | | | | | |
| 000003 | KD MAILING | | | | | |
| 000018 | LAW OFFICE OF COLLEEN M. MCLAUGHLIN | | | | | |
| 000012 | PATRIOT ELECTRIC, INC. | | | | | |
| 000017 | VISA-MASTERCARD SERVICES | | | | | |
| 000011 | WAREHOUSE DIRECT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | WHITNEY ADVERTISING | | | | | |
| 000016 | YAMAHA CORPORATION OF AMERICA | | | | | |
| 000026 | HOLLAND & KNIGHT LLP | | | | | |
| 000024 | MORE HOUSE KITCHEN AND BATH | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| | |
|---|---|
| Case No: | 08-31442   JBS   Judge: Jack B. Schmetterer |
| Case Name: | KARNES MUSIC COMPANY |
| For Period Ending: | 01/12/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 11/18/08 (f) |
| 341(a) Meeting Date: | 12/30/08 |
| Claims Bar Date: | 04/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.58 | Unknown |
| 2. Security Deposits-Utilities, etc. (u)   ComEd Security Deposit | 0.00 | 189.13 | | 189.13 | FA |
| 3. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 4. CASH | 7,866.97 | 0.00 | | 0.00 | FA |
| The cash on hand was deposited into the Estate's money market account on November 26, 2008 and is comprised of Deposits #1-#6.  The deposits are recorded on this Form 1 as Asset 1 ($5,700), Asset 24 ($78), Asset 28 ($99.22) and Asset 29 ($1,989.75). | | | | | |
| 5. Checking, Savings Accounts--Itasca Bank & Trust | 0.00 | 0.00 | | 0.00 | FA |
| 6. Checking, Savings Accounts-BofA fka LaSalle | 0.00 | 0.00 | | 5,700.00 | FA |
| 7. Security Deposits--Fuhler Property Mgmt   subject to set off | 2,916.67 | 0.00 | | 0.00 | FA |
| 8. Security Deposits--Galileo Arlington Hgts LLC   subject to set off | 13,161.31 | 0.00 | | 0.00 | FA |
| 9. Security Deposits--RREEF | 20,000.00 | 0.00 | | 0.00 | FA |
| Itasca bank turned over to Textron (pre-petition) on account of their state court judgment | | | | | |
| 10. Security Deposits--NICOR | 600.00 | 0.00 | | 909.37 | FA |
| 11. Accounts Receivable   Month to Month Leases | Unknown | 0.00 | | 35.00 | FA |
| 12. Other Liquidated Debts--Loans to Insiders | Unknown | 0.00 | | 0.00 | FA |
| 13. CONTINGENT CLAIMS | 1,387.73 | 0.00 | | 1,288.66 | FA |
| Proof of claim filed in Event Marketing Group, Case No. 04-30210 (proposed dividend) | | | | | |
| 14. 2006 Ford E350 Truck | 15,000.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   2

Exhibit 8

| Case No: | 08-31442 | JBS | Judge: Jack B. Schmetterer |
| Case Name: | KARNES MUSIC COMPANY | | |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 11/18/08 (f) |
| 341(a) Meeting Date: | 12/30/08 |
| Claims Bar Date: | 04/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Office Equip, Furnishings,&Supplies | 2,500.00 | 0.00 | | 0.00 | FA |
| 16. Inventory--Karnes Warehouse | 4,000.00 | 0.00 | | 3,000.00 | FA |
| sold per court order 6/1/09 | | | | | |
| 17. Inventory--Harper College | 34,000.00 | 0.00 | | 0.00 | FA |
| 18. Inventory--Lyric Opera | 47,000.00 | 0.00 | | 5,000.00 | FA |
| sold per court order 5/28/09 | | | | | |
| 19. Inventory--Concordia University | 21,000.00 | 0.00 | | 0.00 | FA |
| 20. Inventory--College of Lake County | 26,000.00 | 0.00 | | 0.00 | FA |
| 21. Inventory--The Sanctuary Club | 12,000.00 | 0.00 | | 0.00 | FA |
| 22. Inventory--Gary Knight | 1,200.00 | 0.00 | | 780.00 | FA |
| sold per court order 9/16/09 | | | | | |
| 23. Inventory--George/Shirley Williams | 1,200.00 | 0.00 | | 700.00 | FA |
| Sold piano for $600 per court order 9/16/09; prior to sale, trustee recovered $100 in rental payments | | | | | |
| 24. Inventory--Brian McCaskey | 1,200.00 | 0.00 | | 890.00 | FA |
| sold per court order $500 9/16/09-prior to sale, trustee collected rents equal to $390 | | | | | |
| 25. Inventory--John Church | 1,200.00 | 0.00 | | 312.00 | FA |
| trustee collected rents | | | | | |
| 26. Inventory--Michelle Ho/Cesar Chan | 1,200.00 | 0.00 | | 640.00 | FA |
| trustee sold for $250 per order 9/16/09; prior to sale, trustee collected rents $390 | | | | | |
| 27. Inventory--Joan Svyatsky | 1,200.00 | 0.00 | | 600.00 | FA |
| trustee sold per order 9/16/09 | | | | | |
| 28. Other Personal Property--monthly commissions | Unknown | 0.00 | | 483.95 | FA |
| from Music & Arts Center, Inc. | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   3

Exhibit 8

Case No:        08-31442     JBS    Judge: Jack B. Schmetterer

Case Name:      KARNES MUSIC COMPANY

Trustee Name:                              Joseph A. Baldi, Trustee

Date Filed (f) or Converted (c):           11/18/08 (f)

341(a) Meeting Date:                       12/30/08

Claims Bar Date:                           04/08/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 29. Insurance Policy Refund (u) | 0.00 | 0.00 | | 1,989.75 | FA |
| Farmers Automobile Insurance Assn | | | | | |
| 30. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 31. Retirement Plan class action settlement (u) | 0.00 | 309.23 | | 309.23 | FA |
| Payment from Janus Fund per class action settlement for retirement fund, retained to cover retirement plan costs | | | | | |
| 32. Preference Recovery (u) | 0.00 | 14,634.00 | | 9,000.00 | FA |
| Suit to recover payments to Former Landlord from prepetition citation | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $214,632.68        $15,132.36        $31,839.67        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pursuing liquidation of assets; analyzing secured claim.   Pursuant to court orders Trustee sold Debtor's inventory and

pianos which were leased to individuals or entities.  Trustee sued to recover preferential transfers; adversary settled

in January; employed accountant to prepare tax returns; Trustee verified all 401k plans distributed to participants.

TFR filed.  Final hearing scheduled for 11/18/10.

Initial Projected Date of Final Report (TFR): 12/31/08        Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

Case No:  08-31442 -JBS

Case Name:  KARNES MUSIC COMPANY

Taxpayer ID No:  *******5697

For Period Ending:  01/12/11

Trustee Name:  Joseph A. Baldi, Trustee

Bank Name:  Bank of America, N.A.

Account Number / CD #:  *******6066  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/26/08 | 24 | Brian & Barbara McCaskey 1000 Football Drive Lake Forest IL 60045 | ACCOUNTS RECEIVABLE | 1121-000 | 78.00 | | 78.00 |
| 11/26/08 | 29 | The Farmers Automobile Insurance Assn Pekin Insurance Company Pekin IL | INsurance Premium Refund | 1290-000 | 139.00 | | 217.00 |
| 11/26/08 | 29 | The Farmers Automobile Insurance Assn Pekin Insurance Company Pekin IL | Insurance Premium Refunds | 1290-000 | 573.75 | | 790.75 |
| 11/26/08 | 29 | The Farmers Automobile Insurance Assn Pekin Insurance Company Pekin IL | Insurance Premium Refund | 1290-000 | 1,277.00 | | 2,067.75 |
| 11/26/08 | 28 | Music & Arts 4626 Wedgewood Blvd. Frederick MD 21703 | Outlet Commission Sales | 1121-000 | 99.22 | | 2,166.97 |
| 11/26/08 | 6 | BANK OF AMERICA San Antonio, Texas | Debtor's Cashier's Check | 1129-000 | 5,700.00 | | 7,866.97 |
| 11/28/08 | 1 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.05 | | 7,867.02 |
| 12/31/08 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 7,867.42 |
| 01/06/09 | 25 | John & Susan Church 1300 Dancer Court Libertyville IL 60048 | ACCOUNTS RECEIVABLE | 1121-000 | 156.00 | | 8,023.42 |
| 01/06/09 | 23 | George & Shirley Williams 2170 Hayfield Lane Beloit WI 53511 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 8,123.42 |
| 01/06/09 | 11 | Yahama Corporation of America 6600 Orangethorpe Avenue Buena Park CA 90620 | ACCOUNTS RECEIVABLE Invoice No. SB 07722167 | 1121-000 | 35.00 | | 8,158.42 |

Page Subtotals     8,158.42          0.00

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

FORM 2
Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-31442  -JBS |
| Case Name: | KARNES MUSIC COMPANY |
| Taxpayer ID No: | *******5697 |
| For Period Ending: | 01/12/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6066  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 01/06/09 | 10 | NICOR GAS P.O. Box 190 Aurora, IL  60507-0190 | Refund - Final Credit Gas Acct | 1121-000 | 909.37 | | 9,067.79 |
| | 01/06/09 | 28 | Music & Arts 4626 Wedgewood Blvd. Frederick  MD  21703 | ACCOUNTS RECEIVABLE Outlet Commission - invoice 3253-11/08 | 1121-000 | 56.83 | | 9,124.62 |
| | 01/15/09 | 2 | COMED P.O. BOX 805379 CHICAGO, IL  60680-5379 | Refund - Utility Deposit | 1290-000 | 189.13 | | 9,313.75 |
| | 01/15/09 | 24 | Brian & Barbara McCaskey 1000 Football Drive Lake Forest IL  60045 | ACCOUNTS RECEIVABLE | 1121-000 | 78.00 | | 9,391.75 |
| | 01/30/09 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,391.82 |
| | 02/17/09 | | Transfer to Acct #*******6105 | Bank Funds Transfer | 9999-000 | | 8.46 | 9,383.36 |
| | 02/18/09 | 13 | Event Marketing Group, Inc. c/o  Brenda Helms 3400 W. Lawrence Avenue Chicago  IL  60625 | Biasco Piano lawsuit proceeds | 1129-000 | 1,288.66 | | 10,672.02 |
| | 02/27/09 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,672.10 |
| * | 03/31/09 | | JOHN AND SUSAN CHURCH 1300 Dancer Court Libertyville, IL 60048 | ACCOUNTS RECEIVABLE | 1129-003 | 78.00 | | 10,750.10 |
| | 03/31/09 | 1 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,750.19 |
| * | 04/03/09 | | JOHN AND SUSAN CHURCH 1300 Dancer Court Libertyville, IL 60048 | ACCOUNTS RECEIVABLE duplicate deposit entered in error | 1129-003 | -78.00 | | 10,672.19 |
| | 04/03/09 | 28 | Music & Arts 4626 Wedgewood Blvd. Frederick  MD  21703 | ACCOUNTS RECEIVABLE | 1121-000 | 32.27 | | 10,704.46 |

| | | | |
|---|---|---|---|
| Page Subtotals | | 2,554.50 | 8.46 |

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 08-31442 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | KARNES MUSIC COMPANY | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6066  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5697 | | |
| For Period Ending: | 01/12/11 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/03/09 | 28 | Music & Arts 4626 Wedgewood Blvd. Frederick  MD  21703 | ACCOUNTS RECEIVABLE | 1129-000 | 68.92 | | 10,773.38 |
| 04/03/09 | 28 | Music & Arts 4626 Wedgewood Blvd. Frederick  MD  21703 | ACCOUNTS RECEIVABLE | 1129-000 | 73.08 | | 10,846.46 |
| 04/03/09 | 25 | JOHN AND SUSAN CHURCH 1300 Dancer Court LIbertyville, IL 60048 | ACCOUNTS RECEIVABLE | 1129-000 | 78.00 | | 10,924.46 |
| 04/03/09 | 25 | JOHN AND SUSAN CHURCH 1300 Dancer Court LIbertyville, IL 60048 | ACCOUNTS RECEIVABLE | 1129-000 | 78.00 | | 11,002.46 |
| 04/03/09 | 24 | BRIAN MCCASKEY 1000 Football Drive Lake Forest, IL 60045 | ACCOUNTS RECEIVABLE | 1129-000 | 78.00 | | 11,080.46 |
| 04/03/09 | 24 | BRIAN MCCASKEY 1000 Football Drive Lake Forest, IL 60045 | ACCOUNTS RECEIVABLE | 1129-000 | 78.00 | | 11,158.46 |
| 04/03/09 | 31 | Janus Fair Fund Administrator JCM Fair Fund QSF PO Box 1841 Faribault MN  55201-1889 | retirement plan refund | 1249-000 | 309.23 | | 11,467.69 |
| 04/30/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 11,467.94 |
| 05/01/09 | 26 | Cesar Tsz-Chung Chan | Piano Rental Dec08 - Apr09 | 1129-000 | 390.00 | | 11,857.94 |
| 05/20/09 | 18 | LYRIC OPERA OF CHICAGO 20 N. Wacker Drive Chicago, IL  60606 | Private Sale of Inventory | 1129-000 | 5,000.00 | | 16,857.94 |
| 05/29/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 16,858.25 |
| 05/29/09 | | Transfer to Acct #*******6105 | Bank Funds Transfer TRasnfer funds to pay administrative rent claim | 9999-000 | | 545.00 | 16,313.25 |

Page Subtotals    6,153.79    545.00

Ver: 16.01c

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-31442 -JBS |
| Case Name: | KARNES MUSIC COMPANY |
| Taxpayer ID No: | *******5697 |
| For Period Ending: | 01/12/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6066 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | authorized by court order dated 5/28/09.  ebMay 29, 2009, 09:39 am | | | | |
| 06/05/09 | 23 | George & Shirley Williams 2170 Hayfield Lane Beloit WI 53511 | SALE OF Piano | 1129-000 | 100.00 | | 16,413.25 |
| 06/15/09 | 28 | Music & Arts 4626 Wedgewood Blvd. Frederick MD 21703 | piano rentals | 1129-000 | 20.92 | | 16,434.17 |
| 06/15/09 | 28 | Music & Arts 4626 Wedgewood Blvd. Frederick MD 21703 | piano rentals | 1129-000 | 50.35 | | 16,484.52 |
| 06/15/09 | 24 | BRIAN MCCASKEY 1000 Football Drive Lake Forest, IL 60045 | ACCOUNTS RECEIVABLE | 1129-000 | 78.00 | | 16,562.52 |
| 06/15/09 | 16 | Heavenly Pianos, Inc. 214 East Golf Road Arlington Heights   IL  60005 | Proceeds of Sale of Pianos | 1129-000 | 3,000.00 | | 19,562.52 |
| 06/30/09 | 1 | Bank of America, N.A. | Interest Rate .030 | 1270-000 | 0.44 | | 19,562.96 |
| 07/14/09 | 28 | Music & Arts 4626 Wedgewood Blvd. Frederick MD 21703 | Outlet commissions | 1129-000 | 16.66 | | 19,579.62 |
| 07/22/09 | 22 | GARY KNIGHT 1215 Colgate ST Wilmette, IL  60091 | Rental & Purchase price for piano | 1129-000 | 780.00 | | 20,359.62 |
| 07/31/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 20,360.12 |
| 08/06/09 | 23 | George & Shirley Williams 2170 Hayfield Lane Beloit WI 53511 | SALE OF Piano | 1129-000 | 100.00 | | 20,460.12 |
| 08/31/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 20,460.64 |

| | | Page Subtotals | 4,147.39 | 0.00 | |
|---|---|---|---|---|---|

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 21)*

Page:   5

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-31442 -JBS |
| Case Name: | KARNES MUSIC COMPANY |
| Taxpayer ID No: | *******5697 |
| For Period Ending: | 01/12/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6066  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/03/09 | 28 | Music & Arts<br>4626 Wedgewood Blvd.<br>Frederick   MD  21703 | Outlet commissions | 1129-000 | 40.70 | | 20,501.34 |
| 09/23/09 | 27 | Jane and Victor Svyatsky<br>2670 Acacia Terrace<br>Buffalo Grove   IL  60089 | SALE OF PERSONAL PROPERTY | 1129-000 | 600.00 | | 21,101.34 |
| 09/23/09 | 24 | BRIAN MCCASKEY<br>1000 Football Drive<br>Lake Forest, IL 60045 | ACCOUNTS RECEIVABLE | 1129-000 | 500.00 | | 21,601.34 |
| 09/30/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 21,601.85 |
| 10/28/09 | 26 | Cesar Tsz-Chung Chan | Sale of Yamaha Piano<br>Model #M402<br>Serial #178541 | 1129-000 | 250.00 | | 21,851.85 |
| 10/30/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.54 | | 21,852.39 |
| 11/30/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.55 | | 21,852.94 |
| 12/31/09 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.56 | | 21,853.50 |
| 01/29/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.55 | | 21,854.05 |
| 02/01/10 | 28 | Music & Arts<br>4626 Wedgewood Blvd.<br>Frederick   MD  21703 | Outlet commissions - Final | 1129-000 | 25.00 | | 21,879.05 |
| 02/26/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 21,879.55 |
| 03/03/10 | | Transfer to Acct #*******6105 | Bank Funds Transfer<br>Transfer funds for bond premium payment. | 9999-000 | | 4.98 | 21,874.57 |
| 03/04/10 | | Transfer to Acct #*******6105 | Bank Funds Transfer | 9999-000 | | 13.65 | 21,860.92 |
| 03/12/10 | 23 | George & Shirley Williams<br>2170 Hayfield Lane<br>Beloit  WI  53511 | SALE OF Piano | 1129-000 | 100.00 | | 21,960.92 |
| 03/18/10 | 32 | HAWTHRON-VERNON HILLS LLC<br>% Chase Properties Ltd | Settlement proceeds: Preference | 1241-000 | 9,000.00 | | 30,960.92 |
| | | | Page Subtotals | | 10,518.91 | 18.63 | |

Ver: 16.01c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 08-31442 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | KARNES MUSIC COMPANY | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6066  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5697 | | | |
| For Period Ending: | 01/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 25825 Science Park Drive | | | | | |
| | | Suite 355 | | | | | |
| | | Beachwood OH 44122 | | | | | |
| 03/31/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 30,961.56 |
| 04/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.76 | | 30,962.32 |
| 05/10/10 | 23 | George & Shirley Williams | SALE OF Piano | 1129-000 | 150.00 | | 31,112.32 |
| | | 2170 Hayfield Lane | | | | | |
| | | Beloit  WI  53511 | | | | | |
| 05/28/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.78 | | 31,113.10 |
| 06/03/10 | 23 | George & Shirley Williams | SALE OF Piano - Final Installment | 1129-000 | 150.00 | | 31,263.10 |
| | | 2170 Hayfield Lane | | | | | |
| | | Beloit  WI  53511 | | | | | |
| 06/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.78 | | 31,263.88 |
| 07/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 31,264.67 |
| 08/31/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.80 | | 31,265.47 |
| 09/30/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.77 | | 31,266.24 |
| 10/29/10 | 1 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.80 | | 31,267.04 |
| 11/22/10 | 1 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.54 | | 31,267.58 |
| 11/22/10 | | Transfer to Acct #*******6105 | Final Posting Transfer | 9999-000 | | 31,267.58 | 0.00 |
| | | | transfer funds for final distributionNovember 22, 2010, 10:03 am RKP | | | | |

| | Page Subtotals | 306.66 | 31,267.58 |
|---|---|---|---|

Ver: 16.01c

Page:   7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-31442  -JBS |
| Case Name: | KARNES MUSIC COMPANY |
| | |
| Taxpayer ID No: | *******5697 |
| For Period Ending: | 01/12/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6066  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 31,839.67 | 31,839.67 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 31,839.67 | |
| | | | Subtotal | | 31,839.67 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 31,839.67 | 0.00 | |

Page Subtotals                0.00                0.00

Ver: 16.01c

FORM 2

Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-31442  -JBS | |
| Case Name: | KARNES MUSIC COMPANY | |
| | | |
| Taxpayer ID No: | *******5697 | |
| For Period Ending: | 01/12/11 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6105  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/17/09 | | Transfer from Acct #*******6066 | Bank Funds Transfer | 9999-000 | 8.46 | | 8.46 |
| 02/17/09 | 001001 | International Sureties, Ltd. | 2009 Bond Premium Payment | 2300-000 | | 8.46 | 0.00 |
| | | 701 Poydras Street  #420 | Bond No. 016026455 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 05/29/09 | | Transfer from Acct #*******6066 | Bank Funds Transfer | 9999-000 | 545.00 | | 545.00 |
| | | | TRasnfer funds to pay administrative rent claim authorized by court order dated 5/28/09.   ebMay 29, 2009, 09:39 am | | | | |
| 05/29/09 | 001002 | Fuhler Property Management LLC | Administrative Rent | 2410-000 | | 545.00 | 0.00 |
| | | 101 N. Main Street | Allowed per court order dtd 5/28/09 | | | | |
| | | Crystal Lake  IL  60014 | | | | | |
| 03/03/10 | | Transfer from Acct #*******6066 | Bank Funds Transfer | 9999-000 | 4.98 | | 4.98 |
| | | | Transfer funds for bond premium payment. | | | | |
| 03/03/10 | 001003 | International Sureties | Bond Premium Payment | 2300-000 | | 4.98 | 0.00 |
| | | 701 Poydras Street  #420 | Annual premium payment - 2010 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/04/10 | | Transfer from Acct #*******6066 | Bank Funds Transfer | 9999-000 | 13.65 | | 13.65 |
| 03/04/10 | 001004 | International Sureties | Bond Premium Payment (2nd Check) | 2300-000 | | 13.65 | 0.00 |
| | | 701 Poydras Street  #420 | Balance Owing on 2010 annual premium | | | | |
| | | New Orleans, LA 70139 | Bond # 016026455 | | | | |
| 11/22/10 | | Transfer from Acct #*******6066 | Transfer In From MMA Account | 9999-000 | 31,267.58 | | 31,267.58 |
| | | | transfer funds for final distributionNovember 22, 2010, 10:03 am RKP | | | | |
| 11/22/10 | 001005 | JOSEPH A. BALDI , as Trustee | TRUSTEE COMPENSATION | 2100-000 | | 3,933.68 | 27,333.90 |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois  60603 | | | | | |
| 11/22/10 | 001006 | Joseph A. Baldi & Associates, P.C. | ATTORNEY FEES | 3110-000 | | 10,446.55 | 16,887.35 |
| | | 19 S. LaSalle St. #1500 | | | | | |

|  |  |  |
|---|---|---|
| Page Subtotals | 31,839.67 | 14,952.32 |

Ver: 16.01c

FORM 2                                                                                          Page:    9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                               Exhibit 9

| | |
|---|---|
| Case No: | 08-31442 -JBS |
| Case Name: | KARNES MUSIC COMPANY |
| Taxpayer ID No: | *******5697 |
| For Period Ending: | 01/12/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6105  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago  IL  60603 | | | | | |
| 11/22/10 | 001007 | Joseph A. Baldi & Associates, P.C. | attorney expenses | 3120-000 | | 193.85 | 16,693.50 |
| | | 19 S. LaSalle St.  #1500 | | | | | |
| | | Chicago  IL  60603 | | | | | |
| 11/22/10 | 001008 | Popowcer Katten, Ltd | ACCOUNTANT FEES | 3410-000 | | 1,483.50 | 15,210.00 |
| | | 35 E. Wacker Drive | | | | | |
| | | Suite 1550 | | | | | |
| | | Chicago, Il  60601-2207 | | | | | |
| 11/22/10 | 001009 | STEPHEN GULLEY | Claim 000006, Payment 100.00% | 5300-000 | | 6,723.93 | 8,486.07 |
| | | 1211 S. Prairie Ave., Apt. 2802 | | | | | |
| | | Chicago, IL 60605 | | | | | |
| 11/22/10 | 001010 | JIM SEVERSON | Claim 000019, Payment 100.00% | 5300-000 | | 427.93 | 8,058.14 |
| | | 916 Magalin Dr. | | | | | |
| | | Shorewood, IL 60404-7228 | | | | | |
| 11/22/10 | 001011 | GREGG SHAW | Claim 000025, Payment 100.00% | 5300-000 | | 2,635.78 | 5,422.36 |
| | | 36213 Douglas Terr | (25-1) Upaid wages and employee | | | | |
| | | Gurnee, IL 60031-1583 | contribution benefit plan | | | | |
| 11/22/10 | 001012 | Internal Revenue Service | Social Security | 5300-000 | | 943.02 | 4,479.34 |
| | | Kansas City, MO 64999 | | | | | |
| 11/22/10 | 001013 | Internal Revenue Service | Federal Income Tax | 5300-000 | | 3,802.50 | 676.84 |
| | | Kansas City, MO 64999 | | | | | |
| 11/22/10 | 001014 | Internal Revenue Service | Medicare | 5300-000 | | 220.54 | 456.30 |
| | | Kansas City, MO 64999 | | | | | |
| 11/22/10 | 001015 | Internal Revenue Service | State W/H | 5300-000 | | 122.88 | 333.42 |
| | | Kansas City, MO 64999 | | | | | |
| 11/22/10 | 001016 | ILLINOIS DEPT. OF REVENUE | State Income Tax | 5300-000 | | 333.42 | 0.00 |
| | | P.O. BOX 19009 | | | | | |
| | | SPRINGFIELD, IL 62794-9009 | | | | | |

Page Subtotals                                        0.00              16,887.35

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 26)*

Page:  10

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-31442  -JBS |
| Case Name: | KARNES MUSIC COMPANY |
| Taxpayer ID No: | *******5697 |
| For Period Ending: | 01/12/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6105  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 31,839.67 | 31,839.67 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 31,839.67 | 0.00 | |
| | | | Subtotal | | 0.00 | 31,839.67 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 31,839.67 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******6066 | 31,839.67 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - *******6105 | 0.00 | 31,839.67 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 31,839.67 | 31,839.67 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 27)*